07 CA 10301 GAO

**Steven D. Mueffelman**
**LEGAL ADDRESS:** BEGINNING at "Old Post Road" (a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.

# IN THE [PROPOSED] UNITED STATES, IN THE FIRST TRIBUNAL [~~CIRCUIT~~] COURT

**Established For And Located On United States Property Near Boston, Massachusetts;**

**SUPERSEDING BY CONSTITUTION[AL] AUTHORITY:**

**THE [PROPOSED] UNITED STATES, [ALLEGED] DISTRICT COURT FOR THE [ALLEGED] DISTRICT OF MASSACHUSETTS**

78326

AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

| | |
|---|---|
| Steven D. Mueffelman,<br><br>PLAINTIFF/PETITIONER,<br><br>v.<br><br>The United States [Alleged] District Court For The [Alleged]] District Of Massachusetts – As Being De facto; All Judges And Magistrates Thereof, Inclusive of Judge Nancy Gertner, Thereof, And All As Lacking Standing As Wrongly Constructed Court; The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; the United States Government As Commenced Establishment, September 17, 1787 Under The Proposed Constitution For The United States (Any Other Later Form of United States Denied All Existence); the United States as Commenced Establishment 01/01/1945, et al, as:<br><br>DEFENDANTS/RESPONDENT,<br><br>cc: Pinellas County, FL. Sheriff | Tribunal Court<br><br>Case # ____________<br><br>Judge____________<br><br>Judge____________<br><br>Judge____________<br><br>Assignment Of Clause 9 - Three Justice Tribunal Called Upon;<br><br>**EXIGENT DEMAND TO TAKE JUDICIAL NOTICE OF ALL EXHIBITS AS EVIDENCE.**<br><br>District Court #: 1:01-cr-10387-NG-1<br>NOTICE: Nancy Gertner<br><br>**PETITION FOR WRIT OF *HABEAS CORPUS***<br>**[U.S. Const., Art. I, § 9, Cl. 2; 28 U.S.C. § 2241 *et seq*.]** |

**VERIFICATION: MEMORANDUM OF POINTS AND AUTHORITIES**

**The Following Disclosure To Other Authorities and Governments To Be Regarded As A Necessity For Lawful Enforcement of Constitution[al] Law And *Not* For Any Other Reason**



MAGISTRATE JUDGE JLA

(1)

**OF THE MASSACHUSETTS SENATE**

cc: Robert A. Antonioni
cc: Edward M. Augustus Jr.
cc: Steven A. Baddour
cc: Jarrett T. Barrios
cc: Frederick E. Berry
cc: Stephen M. Brewer
cc: Scott P. Brown
cc: Stephen J. Buoniconti
cc: Harriette L. Chandler
cc: Robert S. Creedon, Jr.
cc: Cynthia Stone Creem
cc: Susan C. Fargo
cc: Jack Hart
cc: Robert A. Havern
cc: Robert L. Hedlund
cc: Patricia D. Jehlen
cc: Brian A. Joyce
cc: Michael R. Knapik
cc: Brian P. Lees
cc: Thomas M. McGee
cc: Joan M. Menard
cc: Mark C. Montigny
cc: Richard T. Moore
cc: Michael W. Morrissey
cc: Therese Murray
cc: Andrea F. Nuciforo, Jr.
cc: Robert O'Leary
cc: Marc R. Pacheco
cc: Steven C. Panagiotakos
cc: Pamela P. Resor
cc: Stanley C. Rosenberg
cc: Karen E. Spilka
cc: Bruce E. Tarr
cc: James E. Timilty
cc: Richard R. Tisei
cc: Steven A. Tolman
cc: Robert E. Travaglini

**OF THE MASSACHUSETTS SENATE**

cc: Susan C. Tucker
cc: Marian Walsh
cc: Dianne Wilkerson

**OF THE MASSACHUSETTS HOUSE OF REPRESENTATIVES**

cc: Atkins, Cory
cc: Atsalis, Demetrius J.
cc: Ayers, Bruce J.
cc: Balser, Ruth B.
cc: Binienda, John J.
cc: Bosley, Daniel E.
cc: Bradley, Garrett J.
cc: Broadhurst, Arthur J.
cc: Cabral, Antonio F. D.
cc: Callahan, Jennifer M.
cc: Canavan, Christine E.
cc: Canessa, Stephen R.
cc: Candaras, Gale D.
cc: Carron, Mark J.
cc: Casey, Paul C.
cc: Coakley-Rivera, Cheryl A.
cc: Coppola, Virginia M.
cc: Correia, Robert
cc: Costello, Michael A.
cc: Coughlin, Robert K.
cc: Creedon, Geraldine
cc: Curran, Sean
cc: DeLeo, Robert A.
cc: deMacedo, Viriato Manuel
cc: Dempsey, Brian S.
cc: DiMasi, Salvatore F.
cc: Donato, Paul J.
cc: Donelan, Christopher J.
cc:. Driscoll, Joseph R.
cc: Eldridge, James B.

**CONTINUED – NEXT PAGE**

**OF THE MASSACHUSETTS HOUSE OF REPRESENTATIVES**

cc: Evangelidis, Lewis G.
cc: Fagan, James H.
cc: Fallon, Christopher G.
cc: Falzone, Mark V.
cc: Fennell, Robert F.
cc: Festa, Michael E.
cc: Finegold, Barry R.
cc: Flanagan, Jennifer L.
cc: Forry, Linda Dorcena
cc: Flynn, David L.
cc: Fox, Gloria L.
cc: Fresolo, John P.
cc: Frost, Paul K.
cc: Galvin, William C.
cc: Garry, Colleen M.
cc: Gifford, Susan W.
cc: Gobi, Anne M.
cc: Goguen, Emile J.
cc: Golden, Thomas A., Jr.
cc: Gomes, Shirley
cc: Grant, Mary E.
cc: Greene, William G., Jr.
cc: Guyer, Denis E.
cc: Haddad, Patricia A.
cc: Hall, Geoffrey D.
cc: Hargraves, Robert S.
cc: Harkins, Lida E.
cc: Hill, Bradford
cc: Honan, Kevin G.
cc: Humason, Donald F., Jr.
cc: Hynes, Frank M.
cc: Jones, Bradley H., Jr.
cc: Kafka, Louis L.
cc: Kane, Michael F.
cc: Kaprielian, Rachel
cc: Kaufman, Jay R.

**OF THE MASSACHUSETTS HOUSE OF REPRESENTATIVES**

cc: Keenan, John, D.
cc: Kennedy, Thomas P.
cc: Khan, Kay
cc: Kocot, Peter V.
cc: Koczera, Robert M.
cc: Koutoujian, Peter J.
cc: Kujawski, Paul
cc: Kulik, Stephen
cc: Lantigua, William
cc: Leary, James Brendan
cc: LeDuc, Stephen P.
cc: Lepper, John A.
cc: Linsky, David P.
cc: L'Italien, Barbara A.
cc: Loscocco, Paul J.
cc: Malia, Elizabeth A.
cc: Mariano, Ronald
cc: Marzilli, J. James, Jr.
cc: Miceli, James R.
cc: Moran, Michael
cc: Murphy, Charles A.
cc: Murphy, James M.
cc: Murphy, Kevin J.
cc: Natale, Patrick M.
cc: Nangle, David M.
cc: Naughton, Harold P., Jr.
cc: Nyman, Robert J.
cc: O'Brien, Thomas J.
cc: O'Flaherty, Eugene L.
cc: Owens-Hicks, Shirley
cc: Parente, Marie J.
cc: Patrick, Matthew
cc: Paulsen, Anne M.
cc: Pedone, Vincent A.
cc: Peisch, Alice H.

**CONTINUED – NEXT PAGE**

**CONTINUING: Massachusetts House**

cc: Perry, Jeffrey D.
cc: Petersen, Douglas W.
cc: Peterson, George N., Jr.
cc: Petrolati, Thomas M.
cc: Petruccelli, Anthony
cc: Pignatelli, William Smitty
cc: Poirier, Elizabeth A.
cc: Polito, Karyn E.
cc: Pope, Susan W.
cc: Provost, Denise
cc: Quinn, John F.
cc: Reinstein, Kathi-Anne
cc: Rice, Robert L
cc: Rodrigues, Michael J.
cc: Rogeness, Mary S.
cc: Rogers, John H.
cc: Ross, Richard J.
cc: Rush, Michael F.
cc: Rushing, Byron
cc: Sanchez, Jeffrey
cc: Sannicandro, Tom
cc: Scaccia, Angelo M.
cc: Scibak, John W.
cc: Sciortino, Carl M., Jr.
cc: Smola, Todd M.
cc: Smizik, Frank Israel
cc: Speliotis, Theodore C.
cc: Spellane, Robert P.
cc: Spiliotis, Joyce A.
cc: Speranzo, Christopher
cc: St. Fleur, Marie P.
cc: Stanley, Harriett L.
cc: Stanley, Thomas M.
cc: Story, Ellen
cc: Straus, William M.
cc: Sullivan, David B.
cc: Swan, Benjamin
cc: Teahan, Kathleen M.
cc: Timilty, Walter F.
cc: Tobin, A. Stephen

**CONTINUING: Massachusetts House**

cc: Toomey, Timothy J., Jr.
cc: Torrisi, David M.
cc: Travis, Philip
cc: Turkington, Eric
cc: Turner, Cleon H.
cc: Vallee, James E.
cc: Verga, Anthony J.
cc: Wagner, Joseph F.
cc: Wallace, Brian P.
cc: Walrath, Patricia A.
cc: Walsh, Martin J
cc: Walsh, Steven M.
cc: Walz, Martha M.
cc: Webster, Daniel K.
cc: Welch, James T.
cc: Wolf, Alice K.

cc: **National Governors Association**

cc: Governor – State of Oklahoma
cc: Governor – State of New York
cc: Governor – State of New Mexico
cc: Governor – State of Texas
cc: Governor – State of California
cc: Governor – State of Montana
cc: Governor – State of Alabama
cc: Governor – State of Virginia
cc: Governor – State of Utah
cc: Governor – State of Washington
cc: Governor – State of Minnesota
cc: Governor – State of Colorado
cc: Governor – State of Florida
cc: Governor – State of Idaho
cc: Governor – State of Pennsylvania
cc: Governor – State of Mississippi
cc: Governor – State of Georgia
cc: Governor – State of New Hampshire
cc: Governor – State of Nevada
cc: Governor – State of Ohio

**CONTINUED – NEXT PAGE**

cc: Governor – State of Michigan
cc: Governor – State of Missouri
cc: Governor – State of Nebraska
cc: Governor – State of Wisconsin
cc: Governor – State of Arkansas
cc: Governor – State of Maryland
cc: Governor – State of Connecticut
cc: Governor – State of Oregon
cc: Governor – State of Tennessee
cc: Governor – State of South Carolina
cc: Governor – State of Massachusetts
cc: Governor – State of Oregon
cc: Governor – State of Arizona
cc: Governor – State of Maine

**Appearing Before the Legislatures Of:**
cc: Legislature – State of Oklahoma
cc: Legislature – State of New York
cc: Legislature – State of New Mexico
cc: Legislature – State of Texas
cc: Legislature – State of California
cc: Legislature – State of Montana
cc: Legislature – State of Alabama
cc: Legislature – State of Virginia
cc: Legislature – State of Utah
cc: Legislature – State of Washington
cc: Legislature – State of Minnesota
cc: Legislature – State of Colorado
cc: Legislature – State of Maryland

**Appearing Before the Legislatures Of:**
cc: Legislature – State of Ohio
cc: Legislature – State of Michigan
cc: Legislature – State of Arizona
cc: Legislature – State of Missouri
cc: Legislature – State of Idaho
cc: Legislature – State of Pennsylvania
cc: Legislature – State of Mississippi
cc: Legislature – State of Georgia
cc: Legislature – State of New Hampshire
cc: Legislature – State of Nevada
cc: Legislature – State of Arkansas
cc: Legislature – State of Oregon
cc: Legislature – State of Tennessee
cc: Legislature – State of Wisconsin
cc: Legislature – State of Connecticut
cc: Legislature – State of Nebraska
cc: Legislature – State of South Carolina
cc: Legislature – State of Maine
cc: Legislature – State of Florida
cc: Legislature – State of North Carolina
cc: Legislature – State of Iowa
cc: Legislature – State of Kentucky
cc: Legislature – State of Vermont
cc: Legislature – State of Kansas
cc: Legislature – State of Louisiana
cc: Legislature – State of Illinois
cc: Legislature – State of Indiana
cc: Legislature – State of New Jersey
cc: Legislature – State of Rhode Island

**NOTICE TO THE:**
**UNITED STATES [ALLEGED] DISTRICT COURT OF THE [ALLEGED] DISTRICT OF MASSACHUSETTS.**

**THIS ACTION HAS CHALLENGED, AND CHALLENGES, YOUR ALLEGED AUTHORITY TO ADJUDICATE ANY HABEAS CORPUS PROCEEDING BEFORE YOU, AND CHARGES THAT, IN ADDITION TO SUCH SAID COURT BEING THE WRONG COURT FOR ANY HABEAS PROCEEDING, THIS HABEAS NOW LIES WITH THE CORRECT COURT ESTABLISHED UNDER THE PROPOSED CONSTITUTION ITSELF, THE FIRST TRIBUNAL COURT OF THE PROPOSED UNITED STATES CENTRAL GOVERNMENT, A DE JURE COURT THEREOF.**

**This Proceeding Establishes as the Superseding Rule under Rule Nisi**
**("Becomes The Imperative and Final Rule *Unless* Cause Can Be Shown Against It")**

Petitioner Steven D. Mueffelman, hereby petition the United States First ~~Circuit~~ Tribunal Court, pursuant to U.S. Const., Art. I, § 9, Cl. 2, in conjunction or in pari materia with Art I §8, Cl. 9, and 28 U.S.C. § 2241 (to the extent that they differ, the Constitution's renderings being the superior findings between them), to grant him a writ of *habeas corpus*, discharging him completely from all restraints on his liberty imposed upon him by the proposed United States [alleged] district court of the [alleged] district of Massachusetts, judge Nancy Gertner thereof, and by Cynthia Myers of pre-trial services, Tampa, Florida, and by , and by an official, specific name and title not yet known, to be established on or before March 1, 2007, under the authority of the Bureau of Prisons Director Harley G. Lappin, of the proposed United States central government's department for the Bureau of Prisons.

I. This petition is filed on the grounds that Mueffelman is in custody for both Constitution[al] violations, and for certain common law offenses committed by the defendants, as well as for violations involving the *principle* of the Fruit of the Poisonous Tree Doctrine, or a legal principle in jurisprudence, all of which have been set forth in sufficient detail for *habeas* purposes, and are incorporated, inclusive of all Exhibits thereof, and included in this *habeas corpus* by this reference, and that "[h]e, Steven D. Mueffelman, is in custody in complete violation of the proposed Constitution and/or lawful laws and/or lawful treaties of the United States."

**II.** The aforementioned complaint, having been filed with this Tribunal court, and included in this habeas by reference, this Tribunal court, whether as the initially established correct three judges thereof, or as en banc, are Demanded to Take Judicial Notice of the said Complaint and its Exhibits (all parts thereof are required to be read, reviewed, regarded, and complied with as to their ***lawful*** applicability), as well as any amended pro forma for complaint submitted or to be submitted under Rule 15 of the proposed Federal Rules of Civil Procedure.

**III.** Mueffelman has filed no previous petition for a writ of *habeas corpus* on the matters at issue within this petition.

**IV.** WHEREFORE, petitioner respectfully petitions this Court to grant the writ, or order the proposed United States [alleged] district Court for the [alleged] district of Massachusetts, Judge Nancy Gertner thereof, or any judge thereof having capacity in her stead if in her absence, and Cynthia Myers of pretrial services, and Harley G. Lappin – Director of the proposed United States central government's bureau of prisons if necessarily in her stead, to provide Steven D. Mueffelman with the ability to appear safely before this Tribunal court;

**V.** Requiring the Defendants to appear with the person of Steven D. Mueffelman forthwith and immediately, and that such witnesses as may have knowledge of this

matter be allowed to be present to testify as to the facts of the matter in concern, the matter therefore being before the Court;

**VI.** And to have the Defendants serve and file, each, his Answer to the Complaint set forth by this Petition for Habeas Corpus forthwith and immediately;

**VII.** And that the Court proceed to hear and determine either the lawfulness or unlawfulness of such restraint;

**VIII.** And upon a determination that Steven D. Mueffelman is unlawfully restrained in custody, order the permanent release and discharge of Petitioner forthwith and immediately;

**IX.** And that Petitioner have judgement for his costs, if any.

DATED: 15 February, 2007

Respectfully submitted,

Steven D. Mueffelman,
Self as Petitioner