07 CA 1030 GAO

# MEMORANDUM OF POINTS AND AUTHORITIES
## STATEMENT OF FACTS

1 Steven D. Mueffelman was originally charged on October 31, 2001, with thirteen counts of mail fraud and three counts of wire fraud, in alleged violation of proposed Constitutional United States law at Title 18 U.S. C., Section 1341 for the thirteen counts of mail fraud and at Title 18 U.S. Code, Section 1343 for the three counts of wire fraud. The Facts and Statements of Law and Conclusions of Law and the Regarding of the Evidence is Established within the Extraordinary Complaint, inclusive of the Exhibits therewith, for Extraordinary Remedy, and Incorporated and Included in this ***habeas*** by reference, which this reference adds to the foregoing same above.

2 In the course of investigation and pre-trial procedures leading up to the proposed U.S. grand jury indictment, Mueffelman engaged an attorney who he believed, by such attorney's professional reputation, to be competent in defending him, Mueffelman, from a crime he *knew* he did not commit.

3 Mueffelman applies for *habeas* on the grounds that his liberty is being restrained by pending imprisonment unlawfully derived by U.S. prosecutors as a result of provable malversation, or official corruption, fraud, Jurisdiction Fraud, Power or Authority Fraud, Postal Carrier Fraud, Mail Fraud FRAUD, Wire Fraud FRAUD, Collateral Attack, Treason, and Misprision of Treason, with the final outcome thereof being Trial By Treason, a clear violation of the proposed Constitution of the proposed United States, along with the Lack of Constructive Subject Matter



2

Jurisdiction and the Lack of Standing, wherein the United States [alleged] district court for the [alleged] district of Massachusetts lacked Constructive Subject Matter Jurisdiction, lacking further as well, Standing, both as a court overall, and as to all proposed judicial officers therein, commencing with the judicial officer thereof, judge Nancy Gertner.

## JURISDICTION AND VENUE

4 Jurisdiction of this Court is empowered and invoked under Article I, Section 8, Clause 9, the only court of the United States, inferior to the United States supreme Court itself, in conjunction with Article III, Section 1's "Courts inferior" clause, when taken in pari materia to said Article I, Section 8, Clause 9' "inferior to the supreme Court, and under the fact that at Article I, Section 9, Clause 2 of the proposed Constitution, the Writ (a Court's order) of Habeas Corpus can and does only pertain to the only referenced court known to be existent in the proposed Constitution itself, and factually existent, at that time, being or going to the aforementioned Tribunal court of the proposed United States as provided for at said Clause 9, Section 8, of Article I, and not elsewhere, this Court being identifiable as being that same Tribunal court, even by the very history of a Tribunal court itself, as evidenced herein, as set forth below.

5 Venue and jurisdiction in any other alleged court of the United States is not only improper, but unlawful, and in its ultimate stage of discovery, illegal, irrespective of the corrupting law of the proposed United States at 28 U.S.C. § 1391, alleging that a United States [alleged] district court for any alleged district of the proposed United States, no matter the district, is a lawful and

legal court for the same for purposes of petition to for and issuance of a said Writ of Habeas Corpus, as established for the proposed United States to have lawful and due authority over, where a violation of the same proposed United States Constitution affecting the rights of citizens of any of the Several States might be at issue for unlawful prosecution and incarceration, over which the proposed United States central government's court have a watchful duty to protect the same said citizens from.

## THE PARTIES

6 Steven D. Mueffelman is a natural person, born on April 18, 1944, in New Ulm, Minnesota and has always been a citizen of the proposed United States, and of the State wherein he has resided and had domicile.

7 The First Tribunal Court, being located near City of Boston, Suffolk County, Proposed State of Massachusetts, is a lawful and Constitution[al] Court of the United States, being duly empowered at the proposed Constitution's Article I, Section 9, Clause 2, taken in pari materia to said Clause 9 of Section 8 of Article I, no other court than that same for issuance of a Writ of Habeas Corpus on any matters to come before a United States court existing on that ratifying date of September 17, 1787, without ability for denial of such fact, not point of law.

8 Judge Nancy Gertner is a judge of the United States [alleged] district court of the [alleged] district of Massachusetts, along with all other acting judicial officers thereof, and was at all

times, except for such times as she may have excused herself for breaks, and other absences as are not uncommon throughout trial proceedings, present in the courtroom in which the alleged impartial Jury had been impaneled for trial by impartial Jury purposes.

9 Peter A. Mullin is the prosecutor acting on behalf of the alleged lawful investigators representing the proposed as lawful United States Postal Service, over whom John E. Potter of the U.S. Postal Service's Office of Postmaster General is currently the acting departmental head thereof in due course.

10. Harley G. Lappin is the Director of the proposed United States central government's bureau of prisons. The name of the officer to be assigned under the authority of said Lappin, not yet being known, but to whom Steven D. Mueffelman is expected to report to on or before March 1, 2007 to become the instant captor of Steven D. Mueffelman's liberty at that time, in violation of the Law of the proposed Constitution of the proposed United States at that time; in the interim, however, the person under whose custodial authority that Mueffelman is currently existent is Cynthia Myers of pretrial services, being the ongoing captor of Steven D. Mueffelman's liberty at this time, also in violation of the Law of the proposed Constitution of the proposed United States.

11. Andrea J. Cabral is the Suffolk County Sheriff of said county in Massachusetts, and Jim Coats is the Pinellas County Sheriff in said county in Florida, who has been before and may be

again, responsible for the final unlawful containment of Mueffelman in the respective county jail of the same, each.

12. Other involved parties are John Joseph Moakley and Maureen B. Hogan of the proposed United States Attorney General's office.

## SUMMARY IN BRIEF OF ARGUMENT

**I.** Mueffelman maintains that the facts alleged in the proposed United States' charges, both in their original form and by way of unlawful grand jury indictment, brought about by Grand Jury Abuse, and a misuse of persons therefor over which the United States central government had and has no lawful or Constitution[al] authority, which said charges, viewed in their immediate and truthful context, do not, as a matter of lawful law, constitute the crime of criminal offense within the scope of lawful criminal law; that the proposed United States central government's charges at issue in the Trial By Treason and Trial By Denial of Constructive Subject Matter Jurisdiction as an alleged criminal trial are literally, as a matter of both Fact and True Law, false, misleading, unConstitutional, a derogation of public duty, Frauds, inclusive of Jurisdiction Fraud, a matter of True Treason, to be extended to ALL who are made aware of the same as potential for Misprision of Treason, going to True Legal Treason itself, to be Tried in pertinent part by State Prosecutors and State Courts, in denial of the United States central government's Title 28, U.S.C., Section 1442 – as a supportive Act for such Jurisdiction Fraud and True Legal Treason, the same extended to a condition of being a Breach of Public Trust when viewed in their proper

context; that the proposed United States prosecutorial procedures and laws under which the same proposed prosecutors operate, along, are fundamentally flawed, defective, and skewed unConstitutional procedures, and cannot survive either Constitutional support as to the way in which the proposed Constitution works as a matter of fundamental law, but that the evidence now newly asserted in the proposed United States' case in chief State shows discovery, revealing, and disclosure to all that the United States central government, one or more illegally operating factions thereof, is, and has been for more than fifty years, involved in a process constituting an unlawful and illegal takeover of the Several States and the people residing and having abode and domicile therein, being factual and legally discernable Treason under the proposed Constitution's own Article III, Section 3, Clause 1, "levying war against '**them**,'" not "it," and a Contempt of Constitution, where the Congress shall entertain any notion of reducing its own liability in this serious matter by misuse of its Power at Article III, Section 3, Clause 2, prosecutable as an inherent Power of the people of "them," the Several States of the Proposed United States.

**II.** Based upon the condition of imprisonment to be wrongfully imposed upon Mueffelman at any time, Mueffelman's requirement to have his liberties no longer interfered with, as was and is to be guaranteed to him by the proposed United States Constitution, is not a question for possibility, but where these proceedings reveal sufficient evidence and points of law showing that there has been an utter violation of his rights by the Defendant United States central government, as has been incorporated herein by foregoing reference, the restoration of ALL of his freedoms previously enjoyed, along with a restitution of all financial monies and abilities so wrongfully

taken from him by the said Defendant United States central government, is to be done as a matter of enforcement of Law, and not as conjecture or opinion or individual beliefs of individuals, but under the Strict and Lawful Power of a Clause 9 Fully Empowered United States Tribunal Court.

## ARGUMENT

### 1. FACTS CONCERNING RESTRAINTS ON MUEFFELMAN'S LIBERTY.

1. The Controlling Legal Standards.

While NO law of the proposed United States, or either of them, may exceed or replace the Duty of supreme Law found within the proposed Constitution itself, According to the proposed United States central government's own Section 2242, Title 28, United States Code, which Section also recognizes the authority, if sufficiently shown to exist as to the law and the facts, of Mueffelman to petition *this* Court instead of the [alleged] district court, above mentioned, additionally requires that Mueffelman's application for the writ of *habeas corpus* "shall allege the facts concerning the applicant's commitment or detention, the name of the person who has custody over him and by virtue of what claim or authority, if known."

2. Name of the Person Who Has, Or Is To Have, Custody over Mueffelman.

On information and belief, the proposed United States [alleged] district court of the [alleged] district of Massachusetts' judge, Nancy Gertner, along with the proposed United States Bureau of Prison's Director, Harley G. Lappin, are the persons who have and are to have final unlawful and illegal incarceration custody over Mueffelman.

3. Claim of Authority for the Restraints on Mueffelman's Liberty.

Mueffelman believes and hereby charges that the authority claimed by the proposed United States [alleged] district court of the [alleged] district of Massachusetts, along with its particularly assigned judge, Nancy Gertner,, is not only a direct representation as an ongoing illegal act of Treason and Jurisdiction Fraud being perpetrated by illegally operating actors of illegally operating faction(s) of and within the United States central government, but that the very makeup of the alleged United States district court itself is (1) an illegally existing court under the proposed Constitution for the proposed United States; (2) lacks lawful Constructive Subject Matter Jurisdiction as to the composition of its persons thereof and therein to lawfully try any case before the court; and lacks Standing as well, for the appearance of a judge before the court itself for any lawful, official purpose.

4. . . . Including Relevant Facts Concerning Restraints on Mueffelman's Liberty.

Mueffelman is restrained of his right to travel, where to live, and is required to appear *before the Authority of* the proposed United States central government's proposed Bureau of Prison department's Director, Harley G. Lappin, on or before March 1, 2007, to cease and desist enjoying his Constitutional rights, among other unlawful restraints. He is further restrained of his Constitution[al] rights under the proposed Constitution to defend himself, without threat by intimidation by unlawful law which threatens greater punishment in the event he should do so, from any evil scheme or artifice concocted or conspired to by proposed United States

prosecutors, bent on earning unlawful, conflict of interest, commissions, a part of which makes for an incentive for corruption of payment if offered to be shared with to defense counsel to throw a case, by use of whatever form of true and discovered law and facts that he might declare in or after trial for his competent and just defense.

**2. "IN CUSTODY" STATUS**

1. The Controlling Legal Standards.

[1] The general *habeas corpus* jurisdictional statute at proposed United States central government statutes' 28 U.S.C. § 2241 *et seq*., implements the proposed Constitutional requirement that the common-law writ shall not be suspended. Jones v. Cunningham, 371 U.S. 236, 238 (1963); in accordance to proposed U.S. Const., Art. I, § 9, cl. 2 ("The Privilege of the Writ of *Habeas Corpus* shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it."), known commonly as "the Great Writ, *habeas corpus ad subjiciendum* . . .

[2] Under the Clause 18 Test, revealed at and within the Exhibit, attached hereto by that name, the Congress lacks the lawful Power (Power of the Negative denying, absolutely, ALL authority to deny the Tribunal Court evident at Article I, Section 9, Clause 2, going in pari materia to Article I, Section 8, Clause 9, from its, Tribunal Court's, duty and authority to issue a Writ of Habeas Corpus on behalf of an accused person whose case arises and comes lawfully before it, Tribunal Court, whether that person's case shall be existent as a United States case or

as a State's case, the key to the right of authority for this Extended Power of the said Tribunal Court coming under the Extended Powers of the United States supreme Court, grounded at Article III, Section 2, Clause 1, Phrase 1 (Extended Power # 1), as well as, in this particular case, Phrase 4 thereof (Extended Power # 4).

[3] Ordinarily recognized by statute as being limited to those "in custody," in ***Dry v. CFR Court of Indian Offenses for the Choctaw Nation*****, 168 F.3d 1207 (10th Cir.),** ***cert. denied*****, 67 USLW 3733, 68 USLW 3030 (US Oct. 4, 1999)**, the Tenth Tribunal (~~Circuit~~) Court analyzed a number of cases and held that the obligation of an **individual released on his own recognizance** to appear for trial [or hearing] at the court's [or prison official's] discretion is sufficient to meet the "in custody" requirement of *habeas corpus*, citing *Justices of Boston Mun. Court v. Lydon*, 466 U.S. 294, 300-01 (1984) (concluding petitioner released on his own recognizance, after his conviction was vacated on application for a new trial, was "in custody" for purposes of *habeas corpus*).

[4] Therefore, because Mueffelman has been released on his own recognizance, he is "in custody," for purposes of this *habeas* petition, *Dry, supra*, and the protection of the Great Writ preserved in the Constitution, as well as § 2241 (to the extent that these may differ) are available to Mueffelman's one held "**in custody under or by color of the authority of the proposed United States or is committed for trial before some court thereof.**" 28 U.S.C. § 2241(c)(1).

[5] Mueffelman Is "in Custody," as well as being in the Unlawful Custody, of the United [alleged] district court of the [alleged] district of Massachusetts, judge Nancy Gertner, and proposed United States central government's Bureau of Prisons' to be acting official, Director Harley G. Lappin, for which this petition for the Great Writ is now and hereby presented to this lawful and legal United States Court, lawfully named and recognized, for its sole authority as the only said United States court to have such Duty below the "supreme Tribunal," or the proposed United States supreme Court itself.

[6] As an additional and important stipulation to the True and Realized Full Power of an Empowered Clause 9 Tribunal Court, It is to be realized that this Tribunal Court's Authority, Power, and Ability under Article I, Section 9, Clause 2, the same going directly to its own direct and correct existence, in pari materia, at Article I, Section 8, Clause 9, is *not* to be construed as limited or constrained at all by whether or not a person is not yet free from being Tried, or that a Trial has already been concluded, or is, or is yet to be, In Trial process, where there is an evident violation of the Constitution itself also under way, irrespective of whether or not the results of such violation may produce an exigent concern for the defendant therein, within the Procedures themselves that the Trial employs, or will yet employ, which could be deemed as unConstitutional by the Tribunal Court, in any case that has properly Arisen before it.

[7] On November 1, 2004, said United States central government's judge Nancy Gertner signed a sentencing Order that Mueffelman be sentenced to 27 months in incarceration, a

minimum of 23 to be served, in a prison facility of the proposed United States central government's proposed Bureau of Prisons.

## 3. MINIMAL AUTHORITY TO HEAR AND RETRY, FOR CONSTITUTION[AL] UNLAWFULNESS, TRIAL BY TREASON CONVICTION

1. The Controlling Legal Standards.

[1] The plain wording of the general *habeas corpus* statute, § 2241, states that it is available to an individual who "**is in custody under or by color of the authority of the United States or is committed for trial before some court thereof." 28 U.S.C. § 2241**(c)(1). In support of this already existing authority for the proper Tribunal court of the United States central government to issue a Clause 2, Section 9, Article I Writ of Habeas Corpus, even if such court were by a different improper name, this *habeas* stipulates that the supreme Court has traced the evolution of the Great Writ from its ancient roots in *Magna Charta* to its present-day uses, which Magna Charta, while not being an incorporated part of the proposed United States, provides this Tribunal court a historical perspective and understanding as to why its Powers are so important to preserve unto itself as a Fundamental and Precious Right Secured To The People of and For the Several States of the United States, and to those of the United States central government itself, said supreme Court case set forth the follows:

**"To determine whether *habeas corpus* could be used to test the legality of a given restraint on liberty, this Court has generally looked to common-law usages and the history of *habeas corpus* both in England and in this country."** (emphasis added).

[2] At ***Jones v. Cunningham*, 371 U.S. 236, 237 (1969),** the history of *habeas corpus* at common law is set forth as it relates to *some* judicial restraints, not as any constraint to empowered proposed United States Tribunal courts, including pre-conviction custody, such as restraints incident to bail, was also traced by the Supreme Court in *Fay v. Noia*, 372 U.S. 391 (1963):

**"Of course standards of due process have evolved over the centuries. But the nature and purpose of *habeas corpus* have remained remarkably constant. History refutes the notion that until recently the writ was available only in a very narrow class of lawless imprisonments. For example, it is not true that at common law *habeas corpus* was exclusively designed as a remedy for executive detentions; it was early used by the great common-law courts to effect the release of persons detained by order of inferior courts. [Fn] 11 The principle that judicial as well as executive restraints may be intolerable received dramatic expression in *Bushell's Case*, Vaughan, 135, 124 Eng. Rep. 1006, 6 Howell's State Trials 999 (1670). Bushell was one of the jurors in the trial, held before the Court of Oyer and Terminer at the Old Bailey, of William Penn and William Mead on charges of tumultuous assembly and other crimes. When the jury brought in a verdict of not guilty, the court ordered the jurors committed for contempt. Bushell sought *habeas corpus*, and the Court of Common Pleas, in a memorable opinion by Chief Justice Vaughan, ordered him discharged from custody. The case is by no means isolated, [fn] 12 and when *habeas corpus* practice was codified in the *Habeas corpus* Act of 1679, 31 Car. II, c. 2, no distinction was made between executive and judicial detentions."**

> [3] **Thus, *habeas corpus* was available according to "common-law usages and the history of *habeas corpus* both in England and in this country," *Jones v. Cunningham*, 371 U.S. at 237, as a means to attack unlawful conviction and pre-conviction judicial restraints. *Fay v. Noia*,** 372 U.S. **at 402-04.**

2. Mueffelman Is Deprived of his Liberty, Pre-incarceration, not only as a matter of Abuse of Process, Misuse of Process, Lack of Constructive Subject Matter Jurisdiction, Lack of Standing, Treason by way of Collateral Attack , Trial By Treason, and [F]actual Covert Military and De facto Law Enforcement Attack, and by Abuse of Discretion, rather than by Strict Due Process of Law and Constraints clearly imposed within and by the proposed Constitution for the proposed United States itself, and *Habeas Corpus* Will Lie Mueffelman's liberty is restrained, inter alia, in Constitutional error and long abuse, under Color of Law, Color of Authority, Color of Power, Color of Jurisdiction, Color of Nation, and Color of Constitution, by the proposed United States [alleged] district court through the judicial sentencing order of said judge Nancy Gertner thereof, issued on November 1, 2004, to now be ultimately enforced by Harley G. Lappin – proposed United States central government's proposed Bureau of Prisons Director, along with other aforesaid Bureau of Prisons named, unknown, actors, acting in concert therewith.

3. Mueffelman filed a Notice of Appeal with the errantly existing and named, proposed United States First Circuit Court of Appeals on November 2, 2004, but which said Appeal, being made necessary for an unlawful purpose in the first instance, the overall procedure for which had been made an unwitting part of the ongoing acts of Treason and Jurisdiction Fraud being committed by two and more actors of one or more illegally operating Factions of the proposed United States central government, and not being fully informed as to its true nature, authority and power as a lawful court of the proposed United States central government, and which appeal likewise was conducted by Mueffelman's attorney, Martin Weinberg, now being determined as being incompetent for purposes of the trial facts for which Mueffelman was first tried, which said Appeal was denied by that above wrongfully or unConstitutionally existing court on or about November 28, 2006.

4. Having filed his petition for protection by the proposed United States central government's duly empowered Courts with the wrong court, Mueffelman now approaches this correct, lawful, and true First Tribunal Court of and for the United States central government, under its duly empowered authority at Article I, Section 9, Clause 2, and its due existence as a matter of lawful and legal fact at Article I, Section 8, Clause 9, and at Article III, Section 1, in pari materia to said Clause 9, aforementioned.

**THE FOLLOWING SETS FORTH THE PROPOSED UNITED STATES CENTRAL GOVERNMENT'S LAWS, IN ACTUAL WORDING, AS THEY RELATE TO CHARGES FOR WHICH Mueffelman WAS CHARGED; THE STANDARD THEREOF**

STANDARD. EXISTENCE OF FRAUDULENT LAWS OF THE PROPOSED UNITED STATES DO NOT COMPLY WITH PROPOSED CONSTITUTION'S ARTICLE VI, CLAUSE 2, AS PART OF SUPREME LAWS OF PROPOSED UNITED STATES, AND THEREFORE DO NOT CONSTITUTE DE JURE LAWS THEREOF IN PURSUANCE OF PROPOSED CONSTITUTION AS REQUIRED SPECIFICALLY THEREBY.

**4. THE ORIGINAL CHARGES FOR WHICH MUEFFELMAN'S LIBERTIES WERE PLACED IN JEOPARDY.**

1. Mail Fraud. Title 18 U.S. C., Section 1341

2. Wire Fraud. Title 18 U.S. C., Section 1343

The Controlling Legal Standards.

[1] To have Standing where a Lack of Standing (no right to speak, no right to be heard, to be considered, etc.) would otherwise exist first in order to prosecute any case, from which a conviction would be the derived result, the proposed United States central government must prove that it owns such property whereupon the crime alleged is proposed to have been made out, and is no part of a State's own lands, belonging to either itself, State, or any of its citizens, whether for private domicile use or for private business use. This is supported by the TEST evident at Article III, Section 2, Clause 3 when taken

in conjunction with the TEST for the Legal Difference Between The Crime of Commission and the Crime of Omission, combined with the Legal Rights of a State At Its Borders TEST. (see Exhibits, both TEST references).

[2] It, the United States central government, itself, and no other, owns each and every place in which it claims, or has claimed, to have jurisdiction over, in its direct and indisputable requirement to do so under the proposed Constitution's Article III, Section 2, Clause 3 TEST Exhibit, Separation of Criminal Jurisdiction Powers Between The Several States and the United States, as evidenced by the United States supreme Court's determinations of that same at:

1) In the case of ***Caha v. United States***, 152 U.S. 211, 215, 14 S.Ct. 513 (1894), the United States Supreme Court specifically addressed the issue of federal jurisdiction, saying:

> "The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but ***have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government***." (Emphasis added).

2) In the case of ***United States v. Watson***, 80 F.Supp. 649, 651 (E.D. Va. 1948), the court dismissed the case, saying:

> "**Without proof** of the requisite ***ownership*** ~~or possession~~ of the United States, **the crime has *not* been made out**." (emphasis added).

3) This Tribunal Court, in its dutiful regard to make the national legislature "effectual," had the responsibility, in the above case, to recognize that the United States supreme Court, though it be the higher court, erred in failing to take into full account the Clause 17 Test, Exhibit attached hereto, thereby requiring the striking out of the words "or possession" within the said cited case.

4) Some might be predisposed to believe that all places have some form of "national" government attachment for jurisdiction purposes, however this belief fails under _United States v. Penn_, 48 F. 669 (E.D. Va. 1880), where the court dismissed larceny charges – even though alleged to have been committed by the defendant in Arlington National Cemetery – for lack of federal jurisdiction.

5) Obvious to this decision by the Supreme Court is the fact that the United States does not have automatic or presumed jurisdiction over every place located within any State, no matter how long presumed or by whom, simply because some faction or part of its government wishes or wills it to be so.

6) Likewise, in the case of ***United states v. Bateman***, 34 F. 86 (N.D. Cal. 1888), the court determined that the United States did not have jurisdiction to prosecute a murder committed at the Presidio because California state had never ceded jurisdiction over the land where the Presidio was located.

7) It should be understood, however, on this point, that this presentment in no way is to be construed as to a confirmation or support of the idea that, under the Clause 18 Test, any State but the two particular States of Virginia and Maryland have the actual right to cede any land at all to the United States central government, but only that the United States central government has the requirement to purchase such lands as are necessary for lawful Clause 17 Test purposes from a free ("consent") State (or nation) that has a legislature (republic / democracy – not either monarchy or oligarchy), which the State of California therefore would not have had the right to do so, even if it actually had done so – ceded such land as was involved in the case.

[3] 1)) Article III, Section 2, Clause 3's Separation of Criminal Jurisdiction Powers Between The United States and the Several States TEST (see Exhibit). This TEST, as referred to above, involving a total of 5 Exigent Questions and their inescapable Answers, exposes a Jurisdiction Fraud, and Collateral Attack, and Acts of indisputable Treason against "them," that has arisen to such staggering proportions, that it defies the imagination to conceive of its possibility.

2)) Irrespective of the great depths of darkness, or cover up, that have come to exist, statements by certain one among great men reveal its actual potential to exist, which it does, quoted as follows:

**J. Edgar Hoover:** "The individual is handicapped, coming face to face with a conspiracy so monstrous, he cannot *believe* it exists."

3)) **ANY crime alleged by the United States central government's prosecutors, no matter the crime, must pass all five questions contained in the Article III, Section 2, Clause 3 TEST in order to have STANDING in ANY case involving an accusation for a crime that has taken place anywhere, no matter where, in any State.**

[4] 1)) The Clause 15 TEST. This TEST, along with the discovery of a certain peculiar condition having been made to exist in the Several States, exposes the real motive behind the Oklahoma Bombing (see Exhibit – Clause 15 TEST, attached hereto), from which 170 victims, including infants and children, died by homicide. **ANY crime alleged by the United States central government's prosecutors, no matter the crime, must pass this TEST in order to have STANDING in ANY case involving an accusation for a crime that has taken place anywhere, no matter where, in any State.**

2)) The members, agents, or employees, of law enforcement for the proposed United States central government, each and every alleged department or agency thereof, as well as for every State government, each and every department thereof, in order to have Standing or authority to Enforce (Execute) the Nation's (Union') Laws, must derive that alleged authority from the proposed United States law at Title 10, United

States Code, Section 311, and whose Powers under such authority are constrained to those two (2) Powers made evident at Clause 15 of Section 8, Article I

3)) That all members of law enforcement, from those in the "field" to those in the proposed United States central government's Attorney General's Office, must be subjected to and clearly and successfully Pass the Clause 15 Test as aforestated, the Exhibit thereof attached hereto;

4)) The law or laws passed by the Congress, any session, of the proposed United States central government, must be subjected to and clearly and successfully pass the Clause 18 Test, the Exhibit thereof attached hereto;

5)) The jurisdiction of the lawfully existing United States courts, inclusive of the "supreme Tribunal" of the United States supreme Court itself, must be subjected to and successfully and clearly pass the <u>Extended Powers TEST</u>, the Exhibit thereof attached hereto;

**4. UNITED STATES CENTRAL GOVERNMENT'S CHARGES-INFORMATION ABUSES ALLEGED GRAND JURY INDICTMENT AND SUPPRESSES EXCULPATORY EVIDENCE**

1. The Controlling Legal Standards.

[1] Proposed Rule 7(c)(1), FRCrP, being made for the proposed United States central government, but not for Mueffelman, requires that

> **"The indictment or the information shall be a plain, concise and definite written statement of the *<u>essential</u>* <u>facts</u> constituting the offense charged."**

**FRCrP 52(a) provides that "Any error, defect, irregularity or variance which does not affect substantial rights shall be disregarded."** (emphasis added).

[2] Recognizing and holding that any error, defect (including any Constitutional Law defect), irregularity, or variance shall be regarded.

[3] Facts essential to the prosecution's case, but which, if disclosed to the Jury, would have proven to be exculpatory evidence in nature, were denied the essential right of the impartial Jury to know the whole Truth as it pertained to such facts, and thereby constituted a suppression of Exculpatory Evidence on the part of Peter A. Mullin, and his associate prosecutors.

[4] In *Russell v. United States*, 369 U.S. at 763, the United States supreme Court pointed out that:

> **"the substantial safeguards to those charged with serious crimes cannot be eradicated under the guise of technical departures from the rules,"** quoting *Smith v. United States*, 360 U.S. 1, 9 (1959).

2. Viewed in Their Fully Disclosed Context, where Exculpatory Evidence has not been suppressed, the business Acts and Activities of Steven D. Mueffelman were Truthful, Lawful, and Legal, but Mueffelman Never got the chance to declare or attest to such acts or activities due to the evident unlawful conspiracy between his attorney, Martin D. Weinberg, and prosecutor, Peter A. Mullin, that said attorney Martin D. Weinberg throw the case entirely, so that, with no cross examination of

the witnesses, no challenge of witnesses on the stand, Mueffelman's case would stand little if any chance of being reversed on "appeal."

3. While there is argument pertaining to a United States "circuit" court of appeals right to review a case from an alleged lower court for the proposed United States, de novo, such an argument is not advanced here before a lawful and legal First Tribunal Court of the proposed United States. A Tribunal Court has all the powers ordinarily or standardly held by an alleged United States district court, plus its already existent authority to determine the lawfulness of the laws of the United States central government in order, as an "***essential***" Duty of the said Tribunal Court, to "**render the authority of the Natl. Legislature *effectual***", as stated by Mr. Founder Ghorum, in the proposed Constitution's own planning meeting held.

4. In *Chicago v. Morales*, 527 U.S. at 56, the United States supreme Court's determination, while the high court's not *knowing* to recognize an alleged "district" court as being, under the proposed Constitution's applicable Tests as being unConstitutional or de facto, held that the principle of Constitution[al] law proclaimed by the said honorable, yet de facto, ~~district~~ court:

> **"The accused is entitled under the Constitution to be advised as to every element in respect to which it is necessary for him to prepare a defense."**
>
> (emphasis added)

5. Such a condition of being advised to <u>every element</u> of the crime alleged to be prosecuted for was denied to Mueffelman by the incompetent abilities of his attorney, Martin Weinberg, who failed or else acted, whether or not knowingly, to put on anything more than a sham defense, professional reputation denied, with a reckless disregard for the truth, for the duly compensated benefit of his, Weinberg's, client.

6. In parallel understanding, it is insightfully set forth that: the Honorable businessman, Steven D. Mueffelman, had a favorable defense under the actual facts of the case, which facts were suppressed by said attorney Weinberg, acting directly in cooperative consent and concert with trial prosecutor Peter A. Mullin, when the facts as are set forth below are reexamined, there can be no doubt. The idea that said attorney Martin D. Weinberg deliberately and wrongfully "threw the case" to the proposed United States and "took the money and ran" arises as a definite probability, and reasonable grounds for charges with his, Weinberg's, own alleged bar association, for his unprofessional misconduct of not cross examining any of the witnesses under the pretext that he "did not want to make the Jury mad at him," such misconduct, when taken with certain other elements of said Weinberg's activities at Trial, is grounds for mistrial, as well as the following facts which said Weinberg knew about, but made no dutiful attempt to bring the matters of fact before the open court and its Jury, in order to give the Jury the

more correct and true version of what happened to Mueffelman as to any alleged unlawful activity, upon which the proposed United States prosecutors were willing to make their case against him, Mueffelman.

[1] Conditional Approval of Mueffelman's business' consumers or clients were required by Mueffelman's business procedures to doing certain things over a certain period of time that would allow them, consumers/clients, to assume any mortgage program that they were contracted to pay for. These business procedures are best described as follows.

A. Clients who had high risk credit, seeking assistance in obtaining a mortgage loan to buy a house, upon paying a small fee of between $100. to $200., were first required to submit to a credit check as the initial part of the said program, which identified them, clients, as the high risk potential clients that the United States central government's own program (HUD program 9652) had been instituted for;

B. The prospective client, at that initial time, being required to sign all necessary contracts and forms to clarify and certify that said client knew exactly what had to be done in order

to secure the high risk loan that said client was seeking;

C. Upon qualifying as a high risk client for home mortgage purposes, Mueffelman would then forward the client's information on to a qualified lender, for the lender's own assessment of the client;

D. After which time the lender, not Mueffelman, would either given a continent approval of the client's case, or else a denial of the client's case altogether;

E. Forwarding that decision of Contingent Approval BY the actual lender that the same had been approved to such extent as the program called for, on to Mueffelman for his own continued contact with his business' client;

F. Which Mueffelman did do, representing such Lender's Contingent Approval on to the prospective client in the form of a Welcome Aboard letter or communication only, which communication represented ultimately the Lender who had done the actual approving of the client, and was ready, willing, and able to make the loan just as soon as the client had complied with the basic requirements of the program itself, not Mueffelman, Mueffelman's business

serving more as a marketing arm for such lenders, and not existing solely as a self contained operation of Mueffelman's business, as would have been necessary if either its operations or its communications existed as any form of fraud or defraudment whatsoever, whether at any State or United States central government level;

G. The foregoing information and knowledge as to how Mueffelman's business and program actually worked being suppressed or withheld as to the fact, necessary for Trial by impartial Jury for True Trial purposes, was suppressed by Martin Weinberg, and Peter Mullin as to suppressing exculpatory evidence (Mullin brought in HUD witnesses to testify), constituting a double violation of Mueffelman's Rights, right in the Trial By Treason itself;

[2] In illustration of the motive for up front betrayal and defraudment of his client, Mueffelman, of the exorbitant fees that Mueffelman was charged by him, attorney Martin Weinberg, Weinberg remarked to Mueffelman in advance of Trial proceedings, that he, Weinberg, should not, and therefore was not, going to cross examine any of the witnesses, because by doing so, it would show to the Court that he, Mueffelman, was

"not remorseful," showing that said Weinberg was either pre-disposed or conspiratorially disposed to decide, as though part of a Star Chamber Trial procedure, prior to any Trial litigation being under way, that his client, Mueffelman, was guilty as charged on all counts, irrespective of the knowledge that he, Weinberg, had in his possession at the time Trial proceedings were commenced.

[3] According to witnesses, Weinberg, at the first part of trial, asked a couple of the witnesses general questions only, and passed on or never said anything to most of them, witnesses, after that, asked of no witness any pertinent or revealing question ordinarily reasonably expectable in a cross examination carried on or conducted by what was reputed to be a high reputation professional attorney. As such, the said general questions asked by Weinberg, being negated as to professional intent or purpose, Weinberg's effectual record for asking the thirteen witnesses, allegedly as the injured parties, was in effect as though he, Weinberg, had asked no cross examination questions of the witnesses at all.

[4] Conspiracy to defraud Mueffelman of the enjoyment of his Constitutional Rights by both parties of the defense and the prosecution, a violation of the proposed United States central government's law at Title 18, U.S. Code, Section 241, which states as follows:

> "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;
>
> or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured –
>
> They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

[5] Never defining for the court, or bothering to even try for his client, to determine as to whether the acts involved in the crime alleged was a crime of fraud in the inducement or a crime of Fraud in the Factum, or whether they existed as alleged, as a Crime of Commission or a Crime of Omission.

[6] Deliberately orchestrated scheme, carried out by the United States central government's prosecution, done more competently in conjunction with Mueffelman's defense attorney, Martin Weinberg, to bring alleged witness Eric Lersch to testify who the prosecution knew, or very

reasonably should have know, was being brought before the court with Dirty Hands, and whose testimony was not only Criminal Perjury, but was done as a continued part of the Conspiracy to Violate Title 18 of United States Code, Section 241, adding the total number of conspirators up to a visible (1) Peter A. Mullin, (2) Martin D. Weinberg, and now (3) Eric Lersch, Three (3) Conspirators.

[7] As to said Eric Lersch's role in the matter, it is hereby disclosed to this Tribunal court that the following is the exact truth on that matter, that made his, Lersch's entry into the case as utter, indisputable, and un·negotiable fraud, and Perjury when taking the Stand and Swearing to Tell the Truth, the WHOLE Truth, and NOTHING but the Truth, which Lersch at no time did.

[8] Notwithstanding the fact that Lersch's testimony was so dirty from the get-go, there being no doubt as to the dirt on the hands of said Lersch, which dirt was a matter of public newspaper published abroad in the State of Florida, and elsewhere, proposed United States prosecutors afforded the expense of bringing Lersch from Florida to Massachusetts as a potential clean witness, where it was known of said Lersch that:

1)) Had been a client of Mueffelman's business program at one point, in which he, Lersch, had qualified as a bad credit risk, or as one not paying his due debt to his creditors as would ordinarily be honestly expected of him to do.

2)) Was introduced to a particular home mortgage opportunity by Mueffelman's business, which opportunity Lersch, after pulling back from Mueffelman's business program, proceeded to, and did accomplish, circumventing his contractual obligations to Mueffelman's business, and obtained the house in question anyway;

3)) After which he, Lersch, petitioned to have his fee refunded, but, after Mueffelman's business learned that he, Lersch, had circumvented his contract, was denied such refund for fraud;

4)) Which denial of Lersch's petition for refund in fraud, said Lersch did commit additional fraud upon the State of Florida, by withholding the material fact that he, Lersch, had circumvented his Agreement with Mueffelman's business that might have entitled him to petition for a refund in some case, and by way of Perjury

Fraud, induced officials of the State of Florida to secure, by force majure, an unlawful refund for him, Lersch;

5)) And thereafter perjured himself, Lersch, publicly, and thereby defamed Mueffelman, by providing to the xxx newspaper that Mueffelman had swindled him of his lawful money, making such an assertion to the said newspaper press with dirty hands before him;

6)) And continued to perjure and defame Mueffelman, by entering his perjured testimony as a part of the Mullin Weinberg Conspiracy, becoming a conspirator with them, in violation of Title 18, U.S. Code, Section 241 thereof;

7)) Which Perjured Testimony Peter Mullin did rely upon to support his prosecution case, and Martin Weinberg did deliberately and willfully avoid exposing, under the vile pretext that he, Weinberg, did not want to make the Jury mad at him by exposing any lies or corruptions on the part of the witnesses, comparable in principle of, if in a homicide case, not putting on but a scant defense, as though a directed verdict might be forthcoming, so that his client might go free; malpractice;

8)) All done as demonstrated evidence of Martin D. Weinberg's deliberate instant practice of malpractice, of Conspiracy with the proposed United States prosecutor, and with Eric Lersch in association therewith, and possible others.

7. While Martin D. Weinberg's deliberate practice of malpractice, in this case, is virtually undeniable, as well as his Conspiratorial acts with prosecutor Peter A. Mullin, Neither Mueffelman nor apparently Mueffelman's attorney, said Martin D. Weinberg, simply had any idea what to defend against or how to prepare a defense against such covertly disguised United States' central government alleged Jurisdiction, being couched as to Jurisdiction Fraud, and along with the myriad of other Frauds now discovered thereby, Propensity Fraud as well. How would Mueffelman know to either pursue for himself or to direct his not-sufficiently-knowledgeable attorney, Martin Weinberg, on how to prepare a defense of truthful responses or answers against charges whose very origin and existence were grounded in such complex issues as Jurisdiction Fraud, Mail Fraud FRAUD, Wire Fraud FRAUD, Postal Carrier Fraud, Power Fraud, Propensity Fraud, and acts of Treason associated therewith, along with Misprision of Treason, no less; clearly while Mueffelman's attorney, Martin Weinberg, had the greater responsibility for seeking out, learning, and knowing these things, where Jurisdiction Fraud has been Covered Up so carefully and so well in order that the public, or the People,

not learn the truth about Covert Takeover of the Several States of the proposed United States, and the people thereof, by or under the illegal authority to do so by the United States central government itself, as an ongoing insidious act, and acts, of Treason, thereby, not a rhetorical claim or charge of Treason, as has at times been known to be proclaimed by people, as litigants, who have been frustrated by the covert acts of the United States central government's judicial actors, more than one of which are believed to have been caught up, either deliberately or unwittingly, in the ongoing conspiracy for Treason, and acts of Treason, punishable under Article III, Section 3, Clause 2 of the proposed Constitution therefor itself.

8. Mueffelman simply was unaware of how to prepare for a defense against a prosecution where the final trial procedure itself, in addition to the fact that there existed a Lack of Constructive Subject Matter Jurisdiction and a Lack of Standing on the part of the alleged United States court itself, was to end up as, not a Trial of or for, but a Trial By Treason, meaning that there were hard and true elements of Treason against the Several States of the proposed United States [f]actually incorporated into the ongoing Trial itself, wherein the judicial officers thereof may or may not have been unwitting participants

## 5. EVIDENCE

1. The Controlling Legal Standards.

Section 2246, Title 28, United States Code, states:

**On application for a writ of *habeas corpus*, evidence may be taken orally or by deposition, or by affidavit as properly admissible by the court. If affidavits are admitted, any party shall have the right to propound written interrogatories to the affiants, or to file answering affidavits.**

## 6. NEED FOR EXPLICIT FINDINGS BY THE TRIBUNAL COURT

**1.** The Controlling Legal Standards.

[1] The Tribunal court's review of the findings of fact (and relevant conclusions of law) under a "clearly erroneous" standard. Under the F.R.C.P., "[f]indings of fact, whether based on oral or documentary evidence, shall not be set aside unless clearly erroneous . . . ." Fed. R. Civ. P. 52(a). This standard is applicable to a Tribunal ~~district~~ court's findings in federal *habeas* cases. *See, e.g.*, Fed. R. Civ. P. 81(a)(2), being extended by denial for error of interpretation of Constitution[al] law to correct Tribunal Court – ("These rules are applicable to proceedings for . . . *habeas corpus* . . . to the extent that the practice in such proceedings is not set forth in statutes of the United States and has heretofore conformed to the practice in civil actions."); Wade v. Mayo, 334 U.S. 672, 683-84 (1948); *Quesinberry v. Taylor*, 162 F.3d 273, 276 (4th Cir. 1998) (findings by the district court in a *habeas* case are reviewed under the clearly-erroneous standard).

[2] To allow for meaningful review of the United States supreme Court's rationale in applying the Constitution[al] principles as they apply to the lower laws and to the facts found evident in a criminal case, such laws and facts must be clear enough and with sufficient detail to allow for meaningful review. *See* United States v. Marine Bancorporation, Inc., 418 U.S. 602, 616 n.13, (1974).

**[3] In *United States v. Taylor*, 487 U.S. 326, 336 (1988) (*quoting Albemarle Paper Co. v. Moody*, 422 U.S. 405, 416, 421 (1975) (other internal quotation marks omitted)), the Second Tribunal ~~Circuit~~ noted,**

> "abuse of discretion" is not the equivalent of "unreviewable". If we are to be satisfied that a[ny] ~~district~~ [lawful] court has properly exercised its discretion, we must be informed by the record of why the ~~district~~ court acted as it did.

2. Mueffelman Requests That the Tribunal Court Give a Detailed and Thoughtful Analysis of the Competing Legal Principles Addressed in His *Habeas* Petition

## SUMMARY.

**I.** In summary of the foregoing, the United States [alleged] district court for the alleged district] court of Massachusetts failed to uphold the Constitutional rights of Steven D. Mueffelman, which was to provide a Trial By impartial Jury, not a Trial By Treason, as was done in his case. Because his liberty is to be unlawfully and illegally (Treason is *Illegal*, not *just* "unlawful') restrained, and his liberty is at stake pursuant to the further potential acts of judge Nancy Gertner and Director Harley G. Lappin, and assigned officials thereof.

**II.** The disclosure of Treason, Misprision of Treason, Jurisdiction Fraud, Other Fraud, Official Corruption, or other unlawful and infamous acts, has not been presented in this case to impugn or diminish the reputation or honor of either judge Nancy Gertner or Director Harley G. Lappin, nor any other particular official of the proposed United States central government,

**III.** Mueffelman respectfully requests and petitions this Tribunal Court's Immediate Intervention, without notice, in all proceedings currently under way in [alleged] United States central government case number 1:01-cr-10387-NG-1, and that this Court make the record as clear, as detailed and as thoughtful as possible as to how it has proceeded, by what particular Constitution[al] acts and laws on the part of the proposed United States central government that it Also sees and recognizes as being unlawful, illegal, and in violation of those Tests within the Constitution, now Discovered and Exposed to all who may read and know this case, so that this long and extraordinary case can be brought to a favorable conclusion as to the issue of his liberty and freedom from such further unlawful and illegal restraints.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Petitioner Mueffelman respectfully requests this Court to grant the Writ, or order the United States [alleged] district court of the [alleged] district of Massachusetts' judge, judge Nancy Gertner and the proposed United States proposed Bureau of Prisons, under the authority of the Director of said bureau of prisons, Harley G. Lappin, "to show cause why the writ should not be granted."

February 15, 2007 SDM

DATED: February 00, 2007

Respectfully submitted,

Steven D. Mueffelman

Steven D. Mueffelman,
In Full Representation of Himself

## VERIFICATION

I, Steven D. Mueffelman, am the Petitioner in the above-entitled action. I have read the foregoing petition for a writ of *habeas corpus* and know the contents thereof. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Palm Harbor, Florida on the 15th day of February, 2007.

Steven D. Mueffelman

APPEARING BEFORE ME, THE PRESCRIBED BELOW NOTARY PUBLIC, WAS Steven D. Mueffelman, WHO SWORE BEFORE THE SAME NOTARY, THAT THE ABOVE DOCUMENT OF HABEAS CORPUS HAS BEEN COMPILED IN ACCORDANCE TO THE FACTS AND THE LAW AS KNOWN BY Steven D. Mueffelman, AND THAT THE SAME WAS MADE IN GOOD FAITH, IN ALL ASPECTS THEREOF.

NOTARY PUBLIC STATE OF FLORIDA
J M MASWADI
MY COMMISSION # DD558664
EXPIRES: May 31, 2010
(407) 398-0153 Florida Notary Service.com

A Notary for Pinellas County, Florida 2/15/2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 00th day of February, 2007, a copy of the foregoing petition for writ of habeas corpus was filed, as a matter of protocol procedures, with the Clerk of the Court for the United States [alleged] district court of the [alleged] district of Massachusetts, and as an official right for lawful court of the proposed United States central government, upon the First Tribunal Court of the United States, located near Boston, Suffolk County, Massachusetts, and served by first-class mail, postage prepaid, upon:

State Adult Director xxx

Peter A Mullin,
Office of the U.S. Attorney
John Joseph Moakley Courthouse
One Courthouse Way suite 9200
Near Boston, Massachusetts near Post Office number 02210

Suffolk County Sheriff Andrea J Cabral
20 Bradston St.
Boston MA near Post Office number 02118

Steven D. Mueffelman

## TABLE OF CONTENTS

PETITION FOR WRIT OF *HABEAS CORPUS* .......... 1 - 8

TABLE OF CONTENTS .......... i

TABLE OF AUTHORITIES .......... ii

MEMORANDUM OF POINTS AND AUTHORITIES, STATEMENT OF FACTS .......... 1

JURISDICTION AND VENUE .......... 2

THE PARTIES .......... 3

SUMMARY IN BRIEF OF ARGUMENT .......... 5

ARGUMENT .......... 7

3

## TABLE OF AUTHORITIES

**Constitution**


Article I, Section 8, Clause 9 .......... 2, 3, 9, 11, 15

Article I, Section 9, Clause 2 .......... 2, 3, 9, 11, 15

Article III, Section 1 .......... 2, 15

Article III, Section 2, Clause 1, Phrase 1 and Phrase 4 .......... 10

Article III, Section 2, Clause 3 .......... 16, 17, 19, 20

Article III, Section 3, Clause 1 .......... 6

Article III, Section 3, Clause 2 .......... 6, 34

Article VI, Clause 2 .......... 16


**Cases**


***Albemarle Paper Co. v. Moody*, 422 U.S. 405 (1975)** .......... 36

*Drv v. CFR Court of Indian Offenses for the Choctaw Nation*, .......... 10
168 F.3d 1207 (10th Cir.), *cert. denied*,
67 USLW 3733, 68 USLW 3030 (US Oct. 4, 1999)

*Caha v. United States*, 152 U.S. 211, 215, 14 S.Ct. 513 (1894) .......... 17

*City Chicago v. Morales*, 527 U.S. at 56 (1999) .......... 23

*Fav v. Noia*, 372 U.S. 391 (1963) .......... 13

*Fav v. Noia*, 372 U.S. at 402-04 .......... 14

*Jones v. Cunningham*, 371 U.S. 236, 237 (1963) .......... 13, 14

*Jones v. Cunningham*, 371 U.S. 236, 238 (1963) .......... 9

*Justices of Boston Mun. Court v. Lydon*, 466 U.S. 294, 300-01 (1984) .......... 10

*Quesinberry v. Taylor*, 162 F.3d 273, 276 (4th Cir. 1998) .......... 36

*Russell v. United States*, 369 U.S. at 763 .......... 22

_Smith v. United States_, 360 U.S. 1, 9 (1959) ........ 22

_United States v. Bateman_, 34 F. 86 (N.D. Cal. 1888) ........ 18

_United States v. Marine Bancorporation, Inc._, 418 U.S. 602, 616 n.13, (1974) ........ 36

_United States v. Penn_, 48 F. 669 (E.D. Va. 1880) ........ 18

_United States v. Taylor_, 487 U.S. 326, 336 (1988) ........ 36

_United States v. Watson_, 80 F.Supp. 649, 651 (E.D. Va. 1948) ........ 17

_Wade v. Mayo_, 334 U.S. 672, 683-84 (1948) ........ 36

**Statutes**

Title 18, U.S. Code, Section 241 ........ 28, 30, 32

Title 18 U.S. C., Section 1341 ........ 1, 16

Title 18 U.S. C., Section 1343 ........ 1, 16

Title 28 U.S.C. Section 1391 ........ 2

Title 28, U.S.C., Section 1442 ........ 5

Title 28, U.S.C., Section 2241 ........ 9, 10, 12

Title 28, U.S.C., Section 2246 ........ 35

**Rules**

Fed. R. Civ. P. Rule 7(c)(1) ........ 21

Fed. R. Civ. P. Rule 52(a) ........ 22, 36

Fed. R. Civ. P. Rule 81(a)(2) ........ 36

**Other Authorities**

Mr. Founder Ghorum, Constitution Planning Meeting -Wednesday June 18, 1787 ........ 23