**Steven D. Mueffelman**
**LEGAL ADDRESS**: BEGINNING at "Old Post Road" {a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.

FILED IN CLERKS OFFICE
2007 FEB 23 P 2: 24
U.S. DISTRICT COURT DISTRICT OF MASS.

# NOTICE TO THE [PROPOSED] UNITED STATES, IN THE FIRST TRIBUNAL [~~CIRCUIT~~] COURT
## Established For And Located On United States Property Near Boston, Massachusetts;

# SUPERSEDING BY CONSTITUTION[AL] AUTHORITY:

## THE [PROPOSED] UNITED STATES, [ALLEGED] DISTRICT COURT FOR THE [ALLEGED] DISTRICT OF MASSACHUSETTS

Steven D. Mueffelman,

PLAINTIFF, an INSIDER,

v.

The United States [Alleged] District Court For The [Alleged]] District Of Massachusetts – As Being De facto; All Judges And Magistrates Thereof, Inclusive of Judge Nancy Gertner, Thereof, And All As Lacking Standing As Wrongly Constructed Court; The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; the United States Government As Commenced Establishment, September 17, 1787 Under The Proposed Constitution For The United States (Any Other Later Form of United States Denied All Existence); the United States as Commenced Establishment 01/01/1945, et al, as:

Defendants,

Tribunal Court

Case # ____________

Judge____________

Judge____________

Judge____________

Assignment Of Clause 9 - Three Justice Tribunal Called Upon;

Incorporate Applicable U.S. Case Numbers: [Alleged]:

~~Court #: 07 CA 10299 rcl~~

**AND** HABEAS Case Action Number:

Court #:07 CA 10301 GAO

**MOTION To Recuse All Defendant Judges named In Case, OR, In The Alternative, Refer The Matter To United States First [~~Circuit~~] Tribunal Court's Primary Panel of Judges For Decision For Involuntary Disqualification Of All Same**

## IN FORTHWITH SUBMISSION, A [NECESSARILY] INSTANT INTERLOCUTORY APPEAL UNDER FRCP AND FRAP



DOCKETED 3

**Steven D. Mueffelman**
**LEGAL ADDRESS:** BEGINNING at "Old Post Road" {a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.

FILED IN CLERKS OFFICE
2007 FEB 23 P 2: 25
U.S. DISTRICT COURT DISTRICT OF MASS.

# NOTICE TO THE [PROPOSED] UNITED STATES, IN THE FIRST TRIBUNAL [~~CIRCUIT~~] COURT

## Established For And Located On United States Property Near Boston, Massachusetts;

# SUPERSEDING BY CONSTITUTION[AL] AUTHORITY:

## THE [PROPOSED] UNITED STATES, [ALLEGED] DISTRICT COURT FOR THE [ALLEGED] DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven D. Mueffelman,<br><br>PLAINTIFF, an INSIDER,<br><br>v.<br><br>The United States [Alleged] District Court For The [Alleged]] District Of Massachusetts – As Being De facto; All Judges And Magistrates Thereof, Inclusive of Judge Nancy Gertner, Thereof, And All As Lacking Standing As Wrongly Constructed Court; The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; the United States Government As Commenced Establishment, September 17, 1787 Under The Proposed Constitution For The United States (Any Other Later Form of United States Denied All Existence); the United States as Commenced Establishment 01/01/1945, et al, as:<br><br>Defendants, | Tribunal Court<br><br>Case # ____________<br><br>Judge____________<br><br>Judge____________<br><br>Judge____________<br><br>Assignment Of Clause 9 - Three Justice Tribunal Called Upon;<br><br>Incorporate Applicable U.S. Case Numbers: [Alleged]:<br><br>Court #: 07 CA 10299 rcl<br><br>AND HABEAS Case Action Number:<br><br>Court #: 07 CA ~~10301 GAO~~<br><br>**Affidavit of Steven D. Mueffelman In Support Of The Recusal All Defendant Judges In Case, Or Refer The Matter to The United States First [~~Circuit~~] Tribunal Court For Involuntary Disqualification Of All Of Same** |

## IN FORTHWITH SUBMISSION, A [NECESSARILY] INSTANT INTERLOCUTORY APPEAL UNDER FRCP AND FRAP

## VERIFICATION

STATE OF FLORIDA )
: SS
COUNTY OF PINELLAS )

AFFIANT having been duly sworn deposes and says:

1. That Affiant is a Party in the above entitled action, is a citizen of the United States, and is a citizen of the state of Florida wherein the same now resides and has his domicile;

2. That Affiant is of sufficient legal age to make this Affidavit;

3. That Affiant is aware of the material content contained in the Memorandum In Support Of MOTION To Recuse All Defendant Judges In Case, OR, In The Alternative, Refer The Matter To United States First [~~Circuit~~] Tribunal Court's Primary Panel of Judges For Decision For Involuntary Disqualification Of All Same of which Affiant is a party thereto;

4. That this Affidavit has been made in support of MOTION To Recuse All Defendant Judges In Case, OR, In The Alternative, Refer The Matter To United States First [~~Circuit~~] Tribunal Court's Primary Panel of Judges For Decision For Involuntary Disqualification Of All Same and supporting Memorandum thereof, in the above entitled case;

5. That Affiant swears and deposes that the facts, findings, and conclusions of law contained therein he knows to be true of his own knowledge.

Dated this 21st day of February, 2007 A.D.

**UNDER PENALTY OF PERJURY**

Steven D. Mueffelman - Affiant

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF February, 2006 A.D.

NOTARY PUBLIC

DANIEL R. DUROW
MY COMMISSION # DD586397
EXPIRES: August 17, 2010
1-800-3-NOTARY Fl. Notary Discount Assoc. Co.

February / 21 / 2007

Steven D. Mueffelman – Petitioner

**Steven D. Mueffelman**
**LEGAL ADDRESS**: BEGINNING at "Old Post Road" {a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.

FILED
IN CLERKS OFFICE
2007 FEB 23 P 2: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

# NOTICE TO THE [PROPOSED] UNITED STATES, IN THE FIRST TRIBUNAL [~~CIRCUIT~~] COURT

## Established For And Located On United States Property Near Boston, Massachusetts;

## SUPERSEDING BY CONSTITUTION[AL] AUTHORITY:

## THE [PROPOSED] UNITED STATES, [ALLEGED] DISTRICT COURT FOR THE [ALLEGED] DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven D. Mueffelman,<br><br>PLAINTIFF, an INSIDER,<br><br>v.<br><br>The United States [Alleged] District Court For The [Alleged]] District Of Massachusetts – As Being De facto; All Judges And Magistrates Thereof, Inclusive of Judge Nancy Gertner, Thereof, And All As Lacking Standing As Wrongly Constructed Court; The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; the United States Government As Commenced Establishment, September 17, 1787 Under The Proposed Constitution For The United States (Any Other Later Form of United States Denied All Existence); the United States as Commenced Establishment 01/01/1945, et al, as:<br><br>Defendants, | Tribunal Court<br><br>Case # __________<br><br>Judge__________<br><br>Judge__________<br><br>Judge__________<br><br>Assignment Of Clause 9 - Three Justice Tribunal Called Upon;<br><br>Incorporate Applicable U.S. Case Numbers: [Alleged]:<br><br>C[redacted]<br><br>AND HABEAS Case Action Number:<br><br>Court #: 07 CA 10301 GAO<br><br>**Memorandum In Support Of MOTION To Recuse All Defendant Judges In Case, OR, In The Alternative, Refer The Matter To United States First [~~Circuit~~] Tribunal Court's Primary Panel of Judges For Decision For Involuntary Disqualification Of All Of Same** |

## IN FORTHWITH SUBMISSION, A [NECESSARILY] INSTANT INTERLOCUTORY APPEAL UNDER FRCP AND FRAP

DOCKETED

COMES NOW, by special appearance, Plaintiff Steven D. Mueffelman, as Petitioner, in the above captioned matter, and hereby respectfully submits this Memorandum In Support Of MOTION To Recuse All Defendant Judges In Case, OR, In The Alternative, Refer The Matter To United States First [~~Circuit~~] Tribunal Court's Primary Panel of Judges For Decision For Involuntary Disqualification Of All Same in the above numbered case, and sets forth for the court, this petition for recusal, as follows:

**FACTS:**

1. On .February 16, 2007, Petitioner / Plaintiff, in the capacity of proclaimed defendant, filed into the above referred to United States [alleged] District Court For The [alleged] District of Massachusetts, a number of exigent and vital documents to his existent case, number 1:01-cr-10387-NG-1, among which pleadings existed a requisite petition for mistrial.

2. On that same date, Petitioner / Plaintiff filed, as a case of first impression, the case before the aforementioned district court, as represented by case # 07 CA 10301 GAO, a procedure in document which constituted both a Verified Extraordinary Complaint as well as a Petition for Interlocutory Appeal to the Next Court Up, being as charged in the said Extraordinary Complaint, the United States First [~~Circuit~~] Tribunal Court, located near Boston, Suffolk County, Massachusetts, from which instant case number 07 CA 10299 rcl, after some resistance by one of the court's clerks, was finally issue.

3. On that same date, Petitioner / Plaintiff filed, in reliance upon both the materials and exhibits, findings of fact and conclusions of law, contained in his submission of the February 16, 2007 pleadings in said case # 1:01-cr-10387-NG-1, as well as in the aforementioned instant case number 07 CA 10299 rcl, a petition for writ of habeas corpus, which instant case # is 07 CA 10301 GAO.

4. On February 20, 2007, Petitioner / Plaintiff attempted to file, as a continued part of the interlocutory appeal part of the Extraordinary Complaint filed instantly with the aforementioned [alleged] district court, the Interlocutory Appeal part of the same said Extraordinary Complaint filed and accepted under instant case # 07 CA 10301 GAO, which attempt was met with the following unlawful actions by one or more of the clerks coming under the authority and aegis of the Clerk of the Court of the aforementioned court.

1. The attempt to make the required payment of 450 dollars ($450.) to the aforementioned [alleged] district court, as required By the United States First [~~Circuit~~] Tribunal Court, as stated in the fee schedule for such fees, thereby denying, procedurally, any formal entrance into the aforementioned Tribunal Court's direct jurisdiction, stating as to the said clerks' doing so, that it was their legal reasoning that;
2. Petitioner / Plaintiff had not yet issued any summons to any defendant named in the said case, as though it was to be construed as proper and lawful to do so, where Constitution[al] challenge was already made against the same, to issue such summons from the same instant [alleged] court, aforementioned,
3. Where such clerks were relying upon no known rule or law which stated to that effect, that an interlocutory appeal for a due interlocutory decision from the next higher court could not be made prior to a defendant of such case being served, constituting the act of government of "a nation of men," and not a government of "a nation of laws."

5. That it is recognized, not disrespectfully or without compassion, that this instant case could well affect the job security of the aforementioned alleged district court, inclusive of all of its present employees, and that;

6. Such present condition of the existence of the aforementioned alleged district court may have certain political associations with the alleged powers of the Congress, but that it is not the duty or obligation of the Petitioner / Plaintiff to have compassion or continued allowance on such political associations or persuasions in the event it is determined that there have been Constitution[al] errors that affect both himself and others, for which he has a Brother's Keeper Rule responsibility thereto.

7. That the Clerk of the Court's office is a clerical office within the court, and is not construed as an actual judicial officer the same as a judge would be considered, and is required to be and perform separately, and functionally independently, of any judge's influence, not arising to the level of a <u>lawful</u> judicial order.

8. That, where malversation, or official corruption, has been seen evident as having arisen within the judicial system, the undue and unlawful influence of judges over court clerks (regarded under the Undue Influence Doctrine) serves as evidence that one or more of a court's judges, in a case where judges are being sued, have an appearing bias against he or she who has dared file any such suit against him/her/them.

9. There being a preponderance of evidence exhibited establishing that the [alleged] court's judges, all, inclusive of the magistrate judges thereof, the honorable, unwitting defendants, judges <u>Mark L. Wolf</u>, <u>Joseph L. Tauro</u>, <u>Rya W. Zobel</u>, <u>William G. Young</u>, <u>Douglas P. Woodlock</u>, <u>Nathaniel M. Gorton</u>, <u>Richard G. Stearns</u>, <u>Reginald C.</u>

Lindsay, Patti B. Saris, Nancy Gertner, Michael A. Ponsor, George A. O'Toole, Jr., F. Dennis Saylor IV, Edward F. Harrington, and Morris E. Lasker, along with the magistrate s[judges] Kenneth P. Nelman, Joyce London Alexander, Robert B. Collings, Marianne B. Bowler, Judith G. Dein, Leo T. Sorokin, and Timothy S. Hillman, each and all, being officially named as defendants under said instant case number, it being proposed that such judicial defendants were, whether or not unwittingly, involved in an ongoing conspiracy for court conditions which amount to nothing less than —;

10. (1) Treason, (2) Misprision of Treason, going to Treason, (3) Trial By Treason, (4) Jurisdiction Fraud, (5) Powers Fraud, (6) Other Frauds committed under Color of Law, Color of Constitution, and Color of Nation, by named, specifically unknown actors of the proposed United states central government, knowledge of same provided for in the Exhibits attached to the said cases, going to Propensity Fraud, charges of inadvertent constructive Judicial Fraud in the factum involving a judge's alleged right to be present in the courtroom in any and every criminal case, all of the foregoing same being a stipulation sufficient to cause a bias, as well as a prejudice toward the petitioner, in any case, which has – as no small matter of fact – in the aforementioned case number 1:01-cr-10387-NG-1 – of the United States [alleged] District Court of the [alleged] District Court of Massachusetts, been made an incorporated into instant case number 07 CA 10299 rcl, as well as being the subject of the Habeas in instant case number 07 CA 10301 GAO;

**ARGUMENTS**:

1. According to the Constitution's Clause 18 Test (Art. I, Sect 8, Clause 18), the Congress was to have NEVER had the authority, ANY authority, to pass ANY law,

no matter the good intent of deed in doing so, which law could not be found (***Power of the Negative***) before or after said Clause 18, and within the Constitution ONLY, connected directly to an Express Power, or as Expressly Stated as a Power on the part of the Congress and not the use of the other two branches of government Powers, word by word, the Constitution's Framers stipulating by this principle that in IF no such express Power could be found, as aforestated, under the Clause 18 TEST, then the Congress would not and could not have it (right to pass any proposed law not so connected).

2. Petitioner / Plaintiff has set forth in his pleadings and Exhibits, submitted to the aforementioned [district] court evidence that the principle of habeas corpus, found at Article I, Section 9, Clause 2 alone provided evidence that a "district" court where one judge might preside over any case, civil or criminal, was never the intention of the Constitution's Framers, being further confirmed by a day to day examination of the Constitution Planning Meetings, which commenced May 14, 1787 and was summarized by the ratification of the proposed Constitution for the proposed United States on September 17, 1787 that at no time was there any mention of a "district court" therein, the closest semblance to such an idea coming by way of Mr. Founder Hamilton's brief remark concerning a TRIBUNAL Court in a district, reasonably to be construed as going to a State's district, having been the heart of discussion during a number of such Official Meeting Dates, not an alleged federal district at all, a Tribunal, by historical discovery, being a court of [at least] Three (3) Judges, Always, but never, as a matter of practice, only one, as the unConstitution[al] Judiciary Act of 1789 did so proclaim as a matter of alleged law, the significance of which recognizes that any claim for any United States "district" court, in which any action at law was to

take place, would be in the Wrong Court, being a WRONG court ab initio as to its establishment.

3. In addition to the Wrong Court issue set forth above, Petitioner / Plaintiff did, in case # 1:01-cr-10387-NG-1, set forth hard evidence that a Trial BY Jury is not the same thing as a Trial WITH Jury, and that as such, in addition to being the Wrong Court, the Subject Matter Jurisdiction of such Wrong Court was further mis-constructed in that, as revealed by Mr. Founder Gerry in the September 12, 1787's Official / Formal Constitution Planning Meeting of that date, that the purpose of a Jury, whether or not impartial, was "to guard against corrupt judges," there being no way to do so by a Jury, where any potentially corrupt judge was in the courtroom at all with them, Jury, along with other indisputable evidence that indicated that it is unlawful, under the proposed Constitution itself, for a judge to, not only preside over any Jury's case for Trial (control process), but to be at all involved in any such case, inclusive of the unlawful practice of instructing the [impartial] Jury on the alleged law.

4. Further, in pleadings submitted in case # 1:01-cr-10387-NG-1, aforementioned, submitted on Friday, February 16, 2007, there was contained sufficient evidence to show that, not only was and is the involvement of any judge in any case to be Tried By the [impartial] Jury a error in Constitution[al] application of the Law of the Constitution itself, as well as Judicial Fraud in the factum, but that the Arraignment process itself was and is likewise a matter of that same Judicial Fraud in the factum, to which all judges have been made, historically, but still Constitution[ally] errantly, unwitting judicial-fraud actors, in spite of their good faith intentions and long errant beliefs to be their duty or right otherwise.

5. In continuation in such set forth pleadings filed into said case # 1:01-cr-10387-NG-1 on February 16, 2007, charges of [f]actual Treason, not rhetorical treason, as regarded as such under the proposed Constitution's Article III, Section 3, Clause 1, were leveled against the United States central government, or else one or more illegally operating factions thereof, showing forth by such Treason, that the act of the Congress of 1944, while this proposed nation was still at War, codified on January 1, 1945, while this proposed nation was still at War, as Title 28, United States Code, Sections 81 through 131, was passed to give the proposed United States central government's Congress the more disguised ability or power, but not Constitution[al] authority, to Circumvent, by [(not ordinarily, but this time) ARMED] Collateral Attack, the pure and absolute constraints of The Separation of Criminal Jurisdiction Powers Between the Several States and the United States central government, revealed in the proposed Constitution's Article III, Section 2, Clause 3, discerned inescapably for that same fact in Petitioner's / Plaintiff's submitted EXHIBIT – The Article III, Section 2, Clause 3 TEST, also submitted as a part of the aforementioned case # 1:01-cr-10387-NG-1, filed on that same said date.

6. That as a result of such ongoing acts of Real Treason being committed, for purposes of unlawful takeover of the governments of the several States, and the people residing or having domicile therein, thereof, routinely committed, whether or not wittingly or knowingly participating in the constructed acts of such Treason, Petitioner's / Plaintiff's proclaimed criminal trial, wherein he was named as a defendant, was charged as being Trial By Treason, and not Trial BY impartial Jury at all.

7. Necessitating, by all of the foregoing reasons, that Petitioner / Plaintiff file for, inter alia, mistrial, requiring that the properly constructed Trial By impartial Jury be

docketed, requiring that all elements of Treason, and Jurisdiction Fraud, committed by or for the proposed United States central government be eliminated from the Trial proceedings, before the such Trial might be commenced against any defendant originally named therein.

8. Requiring that Petitioner / Plaintiff mount an arising case against all judicial actors, or judges and magistrate judges hired under the proposed Constitution as an hireling thereof, not being employed by either of the other two branches of the proposed United States central government, being employed by the legal entity of the proposed Constitution itself alone, for such unlawful and illegal proceedings that were, with malice and venom, mounted first, wrongfully, against himself.

9. ALL of such conditions which, indubitably, would foment conditions for a Conflict of Interest on the part of each and every defendant judicial officer named in the aforementioned instant numbered case, wherein the same judicial officer's own vital livelihood is charged against as unlawful, it would be ludicrous to propose that any of the same would be unlikely to harbor contempt against the party who brought it before them, which state of contempt could only proceed within such case on the part of any of the same as a bias on their own behalf, as well as the status quo to which they have become accustomed, as well as an unacceptable prejudice against the same plaintiff party who first brought the complaint against them in the first place.

10. It is well known and indisputable as pertains to the commonly understood requirement of the government of both the proposed United States as well as those of the several States, that the same are required to be a "government of laws" and *Not* a "government of men," or that is, a government [of men] being one that is driven by opinions, beliefs, policies, rules and rulers, impressions, tastes, ideas, claims, notions,

whims, and so forth, unlike a "government of laws" where a court's proceedings may not be "made up as they go," by which it would be allowed that either judges, magistrates, or clerks, perform the duties and functions of their respective offices at whatever whim of belief or claim they might alleged to hold for;

11. The clerks of the aforementioned alleged district court, not having authority to make up the laws as they go, the "rules" having no standing as a procedure to deny any person of his or her Constitution[al] rights, recognizing the possibility of a need for interlocutory appeal to a higher court, where a question of subject matter jurisdiction of the lower court was an exigent requirement before a defendant could be served any summons in the lower court, particularly where the summons itself was at Constitution[al] question as to its lawfulness, it would be impossible for any court's clerk to, as a pretext, propose *any* alleged "rule" in order to deny a plaintiff the right to seek interlocutory appeal prior to serving a summons on any defendant to said case, such denial of Plaintiff's right to file interlocutory appeal to the next higher court, or the United States First [~~Circuit~~] Tribunal Court, having occurred to Plaintiff's Constitution[al] Rights ***Damage*** on February 20, 2007, committed by certain named, unknown clerks of the aforementioned, alleged district court;

12. Clerks acting in conjunction with the personal interests, or auspices, of the named defendant judicial officers of said case, thereby raising the question as to whether or not there be any judicial officer whose undue influence was at work upon that occasion, as an unlawful bias on behalf of the same, there already having been one clerical attempt on Friday, February 16, 2007, to deny Plaintiff's right to file the Extraordinary Complaint itself, the same existing *concurrently* as an instant Interlocutory Appeal, upon which this Petition for Recusal or else Petition to the next,

higher court For necessary Involuntary Disqualification, has been procedurally and justly established.

13. Based upon all of the foregoing reasons, this petition for voluntary recusal should be properly and fully examined by the honorable judges named in as defendants in the instant case, numbered as 07 CA 10299 rcl, for the purpose of voluntary recusal, or in the alternative, refer the matter to the senior, or higher United States First [~~Circuit~~] Tribunal Court's primary panel of judges for decision for involuntary disqualification of all of the aforementioned same.

THEREFORE, Petitioner / Plaintiff moves at this time to petition the same All such named defendant judges, in case number 07 CA 10299 rcl of the above aforementioned court, for a voluntary recusal from that instant case, or, in the alternative, refer the matter to the United States First [~~Circuit~~] Tribunal Court's primary panel of judges for decision for involuntary disqualification of all of same.

**SUMMARY**

1. The instant cases, numbered as (1) 07 CA 10299 rcl, a civil complaint arising as an Extraordinary Complaint demanding Extraordinary Remedy, and existing concurrently as an interlocutory appeal to the next court up, or higher court, being the United States First [Circuit] Tribunal Court near Boston, Suffolk County, Massachusetts, and as (2) 07 CA 10301 GAO, a petition for a writ of habeas corpus, also denying, as a matter of Constitution[al] error or else Judicial Fraud, the alleged authority for any alleged district court's judicial officer of or for the proposed United States central government to adjudicate any question for *habeas* whatsoever;

2. There being an *involuntary*, unwittingly involved appearance of bias relative to the grave, unlawful, and illegal, matters set forth above, as they relate to Jurisdiction Fraud, Judicial Fraud, Malversation (official corruption), Propensity To Commit Fraud, Power Fraud, Real and Provable Treason, some of which have related to acts of mass murder, acts of Trial By Treason, and other infamous acts brought upon the named defendant judges by historical acts and frauds in the factum, the honorable defendant judges must conclusively and responsibly be ascertained as the same fact that it would so be, where any one of the same judges were named as a single defendant in any case, which all of the foregoing same have been and are in the above numbered instant case, as well arising from a Conflict Of Interest that would and does exist as a result of the kind of case action that Petitioner, as Plaintiff, has had to take in this case, must, without question; be reasonably believed to exist on the behalf of all of the aforementioned honorable judges and magistrates named as defendants in instant case # 07 CA 10299 rcl.

3. Which grave and illegal matters, above referred to, include the ramifications made evident by the Clause 15 TEST, which TEST (see the Exhibit therefor as submitted into the court record under case # 1:01-cr-10387-NG-1) adds to the evidence of ongoing Treason within the ranks of proposed United States central government employees and officials, exposing the greatest reality that it was that particular part of the proposed Constitution that constituted the secret motive to the heinous and vile Oklahoma Bombing, not as released to the press-media by certain illegally operating factions of the proposed United States central government, which act of Treason involved all three branches of the proposed United States central government and not one only, the evidence for which is not unreasonably believed to be able to affect the disposition of the judicial officers whose job security will be affected by such jolting

evidence, but who would be held instantly responsible and liable to all evidence information, forthwith, in the event they should be assigned to such instant case, requiring necessary recusal or else involuntary disqualification at that time, rather than at this time, where this time works for the sake of brevity for the same judicial actors and the defendant alleged Court itself.

4. And which grave or urgently exigent matters, to which all judicial officers of the aforementioned alleged court would be, and by these proceedings are, subjected to, involving the Treasonous Act of 1944, Codified as Title 28, U.S. Code, Sections 81 – 131, whereby the United States central government mounted a Collateral Attack against the evident Rights contained in the Article III, Section 2, Clause 3 TEST (see Exhibit by that name), which Extraordinary Collateral Attack, came with guns and various [alleged as lawful] law enforcement troops and other weapons of War, did connect – by superimposing all persons and citizens residing or having domicile in each of the various States into phony, or de facto, "U.S. districts," by which Act the said illegal Circumvention, or Jurisdiction Fraud, by Collateral Attack, was able to Covertly take place – to the de facto (or alleged) "U.S. District Courts," changing such courts from what they were in 1789, as the more passive form of alleged "U.S. district court" to – IPSO FACTO – ["legal"], as it were, "*Weapons of War*," for the ultimate USE of illegally operating Factions located within or without, but having significant auspices and aegis over, the functions of the United States central government within the Territory of Washington, District of Columbia, which arising evidence and knowledge has now surfaced and made evident in the Article III, Section Clause 3 TEST – Exhibit, incorporated into the numbered instant case, aforementioned;

5. Adding to the mounting Weight of Evidence, showing that the United States central government, inclusive of any number of its acting judicial officers, along with its other branch's officers and representatives, would have understandable possibility for bias (not a defense for continued officiation purposes), and furthers the justification for the charge for Conflict of Interest, upon which no judicial decision can lawfully – and legally, Stand. On this Basis, the defendant judicial officers named in the case, instant case # xxxxx, are Strongly Petitioned to Recuse themselves, with no dishonor to themselves for doing so, or in the Alternative, refer the matter to the United States First [~~Circuit~~] Tribunal Court's primary panel of judges for decision for involuntary disqualification of All of same.

6. Petitioner therefore respectfully moves that that the honorable judges, ALL of the Same, who are named as possible unwitting defendants in the above numbered [alleged] court case, case number 07 CA 10299 rcl, and denied like authority in habeas case number 07 CA 10301 GAO, and for the same reasons as foregoing, be recused from the instant case before him or her involving the plaintiff, Steven D. Mueffelman, named above, or in the alternative refer the matter to the standard of the impaneled three judges of the United States First [~~Circuit~~] Tribunal Court located also near Boston, Suffolk County, Massachusetts.

Respectfully Submitted,

February / 21 / 2007

Steven D. Mueffelman – Petitioner

# CERTIFICATE OF SERVICE

I, Steven D. Mueffelman, hereby declare and state that I have filed a true and correct copy of the above document with the Clerk of the Court for the proposed United States [Alleged] District Court For The [Alleged] District Of Massachusetts, said [Alleged] Court Appearing And Existing [Supposedly] As A Possession Of Its Own Authority And NOT Lawfully Existing In The Legal or Organic County of Suffolk, Legal or Organic [Proposed] State of Massachusetts, itself, and have mailed a copy hereof, postage prepaid thereon, to the U.S. Attorney's Office and the Suffolk County Sheriff's Office at the following addresses set forth below.

No Defendant Of The Defendants Named In the Above Named Action Having Yet Been Served, This Filed Document Is To Be Sent To The Party Named Below, BEING Duly a

REAL PARTY IN INTEREST, in the said above captioned case:

Suffolk County Sheriff Andrea J Cabral
20 Bradston St.
Boston MA near Post Office number 02118

Dated this 21st day of February, 2007 A.D

Steven D. Mueffelman

Steven D. Mueffelman