UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Steven D. Mueffelman

vs.

C.A. No. 07mc44S (RI)
CA. No. 07cv10301 (MA)

United States District Court for the District of Massachusetts, et al

ORDER

The Government is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2241 for Writ of Habeas Corpus by a Person in Federal Custody." Said response will be filed on or before **June 4, 2007.**

By Order,

Karen Caldwell

Deputy Clerk

ENTER:

WESmith

William E. Smith
U.S. District Judge

Date: 5/15/07