**Steven D. Mueffelman**
**LEGAL ADDRESS:** BEGINNING at "Old Post Road" (a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.

# NOTICE TO THE [PROPOSED] UNITED STATES, IN THE FIRST TRIBUNAL [~~CIRCUIT~~] COURT

**Established For And Located On United States Property Near Boston, Massachusetts;**

# SUPERSEDING BY CONSTITUTION[AL] AUTHORITY: THE [PROPOSED] UNITED STATES, [ALLEGED] DISTRICT COURT FOR THE [ALLEGED] DISTRICT OF RHODE ISLAND

Steven D. Mueffelman,

PLAINTIFF, an INSIDER,

v.

The United States [Alleged] District Court For The [Alleged]] District Of Massachusetts -- As Being De facto; All Judges And Magistrates Thereof, Inclusive of Judge Nancy Gertner, Thereof, And All As Lacking Standing As Wrongly Constructed Court; The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; the United States Government As Commenced Establishment, September 17, 1787 Under The Proposed Constitution For The United States (Any Other Later Form of United States Denied All Existence); the United States as Commenced Establishment 01/01/1945, et al, as:

Defendants,

INCORPORATE Rhode Island [alleged] District Court *EXTENDED Defendant Judges and Magistrate Judges Therein

LOOK ALSO TO CERTIFICATE OF SERVICE PAGE

CC: Circuit Executive, Gary H. Wente

Tribunal Court

Case # ____________________

Judge____________________

Judge____________________

Judge____________________

**Rhode Island Case #: 07mc44S**

Assignment Of Clause 9 - Three Justice Tribunal Called Upon;

Incorporate Applicable U.S. Case Numbers: [Alleged]:

MA. Court #: 07 CV 10299 rcl

AND HABEAS Case Action Number:

MA. Court #: 07 CA 10301 GAO

**RESPONSE TO U.S. GOVERNMENT'S MOTION FOR RECONSIDERATION OF ORDER OF RECUSAL; EXCEPTION OF U.S. GOVERNMENT'S ORIGINAL PETITION TO FIRST CIRCUIT FOR TRANSFER TO RHODE ISLAND COURT**

COMES NOW Steven D. Mueffelman in the above numbered [alleged] Rhode Island court case, and submits this Response To U.S. Government's Motion For Reconsideration of Order Of Recusal; Exception Of U.S. Government's Original Petition To First Circuit For Transfer To Rhode Island Court, and shows the alleged court as follows:

1. At some time after May 3, 2007, following Chief Justice Wolf's issuance of the Order of Recusal on that date, which date is unknown to plaintiff, the U.S. attorney's office, so far as is known to plaintiff, by use of pleadings submitted and acted upon and under color of darkness, petitioned the acclaimed first circuit court's chief justice to transfer the above numbered Massachusetts habeas case to the U.S. alleged district court of Rhode Island, wherein a new case number was issued thereby, not a continuance of the same case number first issued by the aforementioned Massachusetts on February 16, 2007 as originally filed for on that occasion.

2. By these unlawful acts (acts under color of darkness violate due process rights of the other party, and are unConstitution[al], and are unlawful), plaintiff was denied all rights to challenge the [alleged legal] move from Massachusetts, including the subject matter jurisdiction of the acclaimed first circuit court, whatever authority was alleged therein, to take such an unorthodox [illegal] step as that same, in part because such an act has the

effect of moving a case of one alleged court of dubious subject matter jurisdiction – and Standing - to another alleged court of dubious subject matter jurisdiction – and Standing – the second alleged court having the same charged for defect as the first court was charge with, creating a court of false light (Maritime Law. . . . a [false authority] displayed intentionally to lure a [hapless soul] into [unlawful] danger) by which the United States central government could escape those charges against it also (the Massachusetts case is not against the alleged U.S. district court there only), as well as the creation of an Ipso Facto Court of Appeals in the stead of the first circuit court itself, both of which acts are unlawful, are defective and skewed, and are actionable before a U.S. de jure court of competent jurisdiction.

3. In reviewing the defective and skewed pleadings submitted to this aforementioned court by the - alleged U.S. attorney - Victor A. Wild, our focus is first drawn to the second page, first paragraph of the pleading dated June 22, 2007, and we find in that pleading point that Victor A. Wild has indicated that plaintiff's case arose as a matter of his claim that a conspiracy existed between his, plaintiff's, attorney and the prosecutor, and that from that complaint he simply named all of the judges for the alleged district of Massachusetts as defendants as well, as though that was simply a frivolous

connected reasoning for including the judges thereof, and nothing more substantive than that for doing so.

4. Not only has Victor A. Wild misdirected this aforementioned court's attention away from the actual charges in the case, but has further intentionally, or with intent to deceive or mislead, omitted reference to the number of hard evidence exhibits which do expose certain underlying, fundamental truths upon which the crux of the case is also built, which exhibits include:

(1) The Clause 18 TEST, with accompanying pictures factually illustrating and demonstrating the same; (2) The United States Tribunals TEST; (3) The Legal Difference Between A Crime of Commission and a Crime of Omission TEST; (4) The Legal Rights of a State At Its Borders TEST, with accompanying scientific pictures factually demonstrating same; (5) The Article III, Section 2, Clause 3 TEST; (6) The Clause 15 TEST, now with further depictions illustrating the significance of that TEST; and (7) The "'post' Roads" TEST; not including a number of other judicial tests contained more deeply within plaintiff's pleadings, which pleadings the honorable Chief Justice Mark L. Wolf along with other Massachusetts judges took into account on the date of May 3, 2007;

(2) All conveniently omitted by reference as to their applicability and existence in the case before that aforementioned Massachusetts court, as well as before this aforementioned court, by one Victor A. Wild, which, irrespective of the depicted Facts thereof, were *ascertained* by said Wild to be "frivolous," and *therefore* "true" under the law.

5. This form of pleading, even if by deductive reasoning where the same has been implied, in effect, as being so "frivolous" so that no explanation is needed or deserved, is recognized at law as a demurer, or under certain rules of procedure, as a "12 (b) (6)" motion to dismiss for failure to state a non-frivolous claim.

6. When a defending party makes a representative claim that the plaintiff's accusation or charge is "frivolous," the legal effect of that defense is to stipulate that all that plaintiff has said in his complaint is "true," but needs to be ignored, or done away with, or dismissed, because it is simply "too frivolous" to be considered for any remedy purpose.

7. By implied stipulation by Victor A. Wild that the grounds upon which the case against the judges, the aforementioned courts, and the U.S. government, have been brought are frivolous, Victor A. Wild has admitted, or confessed, that the charges brought by plaintiff against those defendants are "true," even

if they have not yet been proven against any of the general defendants thereof by name in particular.

8. To determine exactly what those "true" charges were, and are, we search and examine those records of pleadings which are joined with the Massachusetts habeas case, not limited to the particular pleadings of the habeas case alone itself, and find that there are a few charges that concern us, namely those of:

(1) Jurisdiction Fraud; (2) Collateral Attack going to Treason, as defined at the Constitution's Article III, Section 3, Clause 1, "Treason" . . . "against" "*them*" (several States), *not* "it" (United States central government); (3) Misprision of Treason – Title 18, U.S. Code, Section 4, going to, by its legal effect, Treason, Article III, Section 3, Clause 1 *Supra*; (4) Constructive Subject Matter Jurisdiction Fraud and Constructive Judicial Fraud; and (5) Contempt of Constitution.

9. In narrowing our examination of this admission by Victor A. Wild of plaintiffs' charges as being "true," our attention is immediately drawn, hard, to the charge for Treason, and for Misprision of Treason, a "federal" criminal offense, actionable against "federal" employees by "federal" prosecutors, at Title 18, U.S. Code, Section 4 – Misprision of Treason, and where Misprision of Treason is the act or attempt to cover up, or misdirect, an act or acts involving the most heinous and dangerous crime of Treason, we realize,

without mistake, that Victor A. Wild has entered an appearance for Misprision of Treason in his pleading, and where plaintiff's charges include the charge that acts of Treason have been committed by one or more yet unknown, illegally operating factions, operating within the auspices or aegis of the United States central government, we begin to reasonably surmise that *one* of those unknown participants operating an illegal faction within the ranks of the United States central government may be, and according to the immediate evidence, is, Victor A. Wild.

10. This Would Be So, because Treason, as well as Misprision of Treason which goes to Treason, is such a serious charge, that the only kind of person who would treat the matter as "frivolous" would be either a person of such gross incompetence that his word is not to be trusted or believed, no matter what comes out of his mouth, or else he is a person employed to cover up the charge of Treason by calling or implying that it be frivolous, and not worthy of any explanation as to why or why not the charges are true, because they are true, but Victor A. Wild, and those that Victor A. Wild represents, do not desire to litigate the matter for fear that it will uncover more than has been charged on the surface of plaintiff's case against the unknown, illegally operating faction of *them*.

11. As to the identical filing of a habeas petition with the acclaimed first circuit court, this is true, particularly in regards to the fact that The United States Tribunals TEST Exhibit reveals that it, first circuit, is the court of true and proper, original jurisdiction in all United States central government habeas cases, and not either the aforementioned Massachusetts court or this aforementioned Rhode Island court, and accordingly, the judges of the aforementioned Massachusetts court were informed that, while the formality of filing therein was complied with by plaintiff as a matter of honoring protocol and procedure for the same court, and not dishonoring it instead, which is not the purpose of these actions against any United States court, whether or not alleged, they lacked subject matter jurisdiction and standing over habeas petition cases for the very reasons stated within The United States Tribunals TEST Exhibit itself.

12. However, while the report is true that the assigned tribunal of that aforementioned circuit court transferred its *net* duty (notions of the Congress to the contrary notwithstanding) over its habeas case to the aforementioned Massachusetts case, it further violated plaintiff's fundamental rights, and violated the constraints of a federal law, by use of its Power of undue influence over the aforementioned Massachusetts court, and over judge Gertner thereof in particular, to ignore the habeas case in that said court, that

the habeas case so transferred might be transferred immediately again to an uncertain, and thus unknown, district of an uncertain, and thus unknown, circuit, constituting an abuse of discretion on the part of both courts if doing so, as well as an abuse of process and a misuse of process for such a proposed retransfer as being unlawful, or outside of the intent of Congress in the law itself, as worded to the black letter of the law thereof.

13. Since Victor A. Wild has opened that higher court's door to look inside, considering that that particular pleading was not before either the aforementioned Massachusetts court or this aforementioned Rhode Island court, then plaintiff is within his own rights to make it known that, as a result of what is believed to be an unlawful, and more than unlawful, an illegal order and act issued by the aforementioned first circuit court on February 28, 2007, plaintiff has now filed direct suit against that assigned tribunal with the United States Supreme Court, not by way of certiorari as might be expected, nor by use of any expected Title 42, USC, Section 1983, nor by way of any Bivens Action, but by use of a process best described as a pre-1866 or a pre-Civil Rights Act of 1866 process of taking such matters to the said Supreme Court, a process so old and obscure as to its usage, that it has not been used in over a hundred years, and as such is not known by virtually all of the attorneys, judges, and law professors in the entire United States, being a

process whose rules of proceeding are the precise requirements of the proposed United States Constitution, above all other forms of law, itself.

14. The pre-1866 process, being the actual, straightforward process provided for in the proposed United States Constitution, denies the necessary use of any alleged-as-constitutional Civil Rights Act utilization for any purpose, any requisite recognition of any State or "federal' Bar association; or any reliance upon current rules of procedure not common law rules of procedure, was quick to be used to prosecute bad government in many instances (the 1866 Congress passed the Civil Rights Act of 1866 to derail the Constitution because of the ease by which attorneys could bring suit against government, not to protect the "black people" named in the said Act) and was in fact the very form of practice that attorneys and other legal minds used to bring important cases to the U.S. Supreme Court post Civil War/1866, and was the rule for such cases for a continued time thereafter.

15. Ordinarily it would not be appropriate to disclose such information as this, but, without provocation from plaintiff, Victor A. Wild, acting outside of the proposed Constitution by his appearance of Misprision of – Treason and by his pleadings engaged in under color of darkness (when an actor of government acts outside of the Constitution, he ceases to be an employee of such government; as per well settled decisions – U.S. Supreme Court, going

to ~~U.S. attorney~~ Victor A. Wild), has made it necessary that plaintiff do so in his own defense of that implication which may be wrongfully drawn from otherwise, as unduly and wrongfully entered before this aforementioned court.

16. Victor A. Wild's reference of that particular was in no way explanatory as to what all of the pleadings were that were submitted to that aforementioned tribunal court of the acclaimed first circuit, but rather that it only be mentioned as a form of discredit, not as a direct libel of plaintiff's integrity in pleading his case, but more as a form of defamation per quod, for the purpose of discrediting his case by hint and innuendo and not by any form or trial of the facts, as would be required of a trial duly docketed and held accordingly.

17. Continuing at the last paragraph of page 2 of Victor A. Wild's motion, he references, as a matter of a reference only, the civil suit brought against all of the judges, along with the official representation of that claimed district court wherein they do honorably serve, even if being unwitting participants to a long-time engaged in Constitution[al] hoax or fraud, however Victor A. Wild misstates the case wherein he claims that plaintiff claims that the acclaimed circuit courts are simply unconstitutional, for that is not the case, but rather that the circuit court has flown its "ensign" or symbol, misnamed in its character as to what it was truly meant to be, which fact is supported by both

The Clause 18 TEST wherein the principle of "in pari materia" *adds* to the conclusion of what lawful and legal courts for the United States were meant to be, as well as The United States Tribunals TEST which, except the United States central government is willing to step forward and produce a *time machine* to explain how it could have been determined otherwise, then the acclaimed Congress of 1789 that produced the UnConstitution[al] Judiciary Act of 1789 erred by its creation of the de facto district and district court as it did on that occasion;

18. Which Judiciary Act of 1789 ALSO created, both wrongfully, errantly, UnConstitution[ally], and unlawfully, the U.S. attorney's office itself, which U.S. Department of Justice is also a named defendant institution of plaintiff's lawsuit, as has now been extended to this aforementioned Rhode Island court as well.

19. But as to ALL of these things just mentioned, with no disrespect intended hereto, as a procedural matter also, this aforementioned court has no authority to *try* any of it, it having no subject matter jurisdiction where the trial of facts are included to be tried, not being a trier of fact and not knowing the "truth" of the matter; — Big Apple BMW, Inc. v. BMW of North America, Inc., 974 F.2d 1358, 1363 (3d Cir. 1992) (quoting Anderson v. Liberty Lobby, Inc. 477 U.S. 242, 249 (1986)), cert. denied, 113 S. Ct. 1262

(1993); —particularly where it, this aforementioned court, is now being sued for these exact same claims that prevail in the aforementioned Massachusetts court case, sufficient to require with all good conscience that the honorable Chief Justice Wolf, in his representation of the other judges of that said court, issued his Order of Recusal, May 3, 2007.

20. Nevertheless, continuing to respond to Victor A. Wild's defective and skewed reasonings, the first paragraph at the top of page 3 of Wild's reasoning misrepresents the question of bias, which Chief Justice Wolf certainly understood as being the nature of a conflict of interest, where a judge called upon to "try himself," or to "try another, a peer, equal to himself," would engage himself, and if others with him, then others also with him, in a practice of conflict of interest, in may jurisdictions found to be criminal in its nature, and not at all some civil offense as Victor A. Wild would lead this aforementioned court to believe.

21. As to whether a district court is of is not, or ever was or was not, an UnConstitution[al] court of and for the United States, it is a given that no district court can try such a charge of itself; there is no procedure that allows such a practice to exist, thus the law to which Chief Justice Wolf correctly and lawfully subscribed at Title 28, USC, Section 455 (b) (5) was not a law passed in error, but in full and exact comprehension of the standard criminal,

or else quasi criminal, act of conflict of interest, more than enough of a basis to gauge a charge of bias, or potential bias, upon.

22. Again, Victor A. Wild simply mentions that this is what was done, but offers no in-depth explanation as to why Chief Justice Wolf was wrong to do so, but as to Victor A. Wild's mention that the acclaimed first circuit's Chief Justice Boudin was petitioned on the matter, whereby, without plaintiff's opportunity or right to challenge the procedure itself in doing so, the aforementioned Massachusetts case was transferred, not as a continuation of the same case, but as a different case, this aforementioned Rhode Island court having issued a different case number as would be the case if being a new case – **on appeal** – exposing the fact that, by that acclaimed circuit court action, or misaction, or violation of discretion (not merely an abuse of) going to abuse of process, this aforementioned Rhode Island court has been made in this instant case, an *Ipso Facto* Court of Appeals in the stead of the acclaimed first circuit court itself, which fact has also been disclosed to the United States Supreme Court in plaintiff's pre-1866 case now there before it.

23. In the bottom paragraph of page 3, Victor A. Wild has informed this aforementioned court what it already knows, that the suit filed against the aforementioned Massachusetts court was extended to this aforementioned Rhode Island court, all judges hereof, and based upon that same like

reasoning, moved this court for its own recusal from trying the case against it, as required by the same law that Chief Justice Wolf found good cause to rely upon in his May 3, 2007 decision for plaintiff's case involving that same aforementioned court.

24. At the bottom of page 3, Victor A. Wild, in contradiction of his motion's assertion that the Massachusetts court case is only about a "conspiracy between the prosecutor and the defense attorney" as the main reason for the case, has stated something that, on the surface, this aforementioned court, if it were simply true as stated, would have no way to try to determine the truthfulness, a judge not being a trier of fact, and the allegation not being one of law but of fact, however, that point being noted for procedural jurisdiction purposes, plaintiff will correct the erroneous assessment of Wild for the court's more clear benefit of the matter as possible.

25. The charge that the Judiciary Act of 1789 caused the establishment of de facto districts and de facto district courts is the first recognition brought about by The Clause 18 TEST in conjunction with The United States Tribunals TEST, as evidenced by their respective Exhibits therefor. It was however, at no time stated that the creation of such de facto district courts in the beginning existed as a state of Treason in any sense, although the question of Jurisdiction Fraud was and still is an issue on that point, in this case. The

particular picture containing Exhibits that support The Clause 18 TEST are clear in their demonstration of the facts of the Absolute Constraint of Power, not the liberation of it, at Clause 18 of Section 8, Article I.

26. As stated in the case, there was no overly concern at that time as to the creation of the alleged district courts as being de facto, because they were not being used to interact with private citizens or State employees of the different States, only employees of the United States central government were their applicable for their jurisdictional purposes, and nothing more.

27. There is no known society or nation at any time since the beginning of recorded time that has not had problems with political forces, personal powers, particular people believing that somehow their own mental powers and what they themselves conclude are better than everyone else's ideas could ever be. It is not imaginary to realize that there are people who scheme every possible way possible on how to take over governments that are not meant for them to take over. It is not right ordinarily to do such a thing as that, but the question of overt acts and clandestine takeovers for bad governments are just as much a part of history books, worldwide, as are the good acts of mankind that history makes record of.

28. When a nation is already at war so that its acts – where elements of treason are still possible to try to turn the tide in favor of a warring party, and where an enemy has worked acts of espionage and other overt acts, particularly political ones where occasion permits – are acts that produce the possibility of a takeover that would be unlawful, and thus illegal, where a power of law was already established to guard against it (such as that evidenced by The Article III, Section 2, Clause 3 TEST), then the very acts of *that* nation must be recognized as enhanced to a much greater level of seriousness than where the same acts done during peace-time, or at a time when more conservative reviews of what was to be done could be conducted, just in case someone within the legislative realm might try to put something across that would exceed the legislative authority itself, constituting an illegality, and result in those illegal conditions for the public or people having to rely thereon to be[gin to] be damaged as was never meant to be, by those who wrote the supreme or guiding Law itself in the first place.

29. Such as this, as a Collateral Attack, which Collateral Attack was to ultimately come attached to guns and uniforms of every "federal" type, was the result of the 1944 Congress' passing of the law which would be encoded as law at Title 28, U.S. Code, Sections 81 – 131, of which Section 120 applies to the people of the State of Rhode Island, Section 101 applies to the people of

Massachusetts, and Section 89 applies to the people of the State of Florida, and so forth.

30. If we would like to pretend that this act in U.S. Code and these Sections have nothing to do with anything that is going on in these several States that shouldn't be, then let us propose to the Congress that it repeal the whole thing, Sections 81 – 131, and see how we are going to proceed as to any acts or activities that take place in any State as mandated for the trial of all crimes, as per The Article III, Section 2, Clause 3 TEST, as the Exhibit therefor so plainly puts it for all to know and understand, now, as they please.

31. Or else, circumventing the necessity of petitioning the Congress for that consideration, as it has circumvented the rights of the people by violation of the numerous TESTS that are definitely findable, and found, in the proposed Constitution, let any court, State or "federal," eliminate the existence of those Sections, and calculate from there exactly what kind of "federal" power would exist, anywhere, out in the Several States.

32. While the Title 28, U.S.C., Sections 81 – 131 act for creating the "U.S. districts" might *seem* to be similar in appearance to the Judiciary Act of 1789 and other Judiciary Acts thereafter that continued to propose U.S. districts, the recognition that, if the creation of the original "districts" was actually

sufficient for that purpose, even though in 1789, as well as other "U.S. districts" well afterwards, then there can be no good reason that can be maintained as to why the recreation of "U.S. districts for those places would have to be done -- all over again! This reality, a fact, not a law, exposes the further fact that the law at Title 28, U.S. Code, Sections 81 – 131 was not creating "U.S. districts" in the same sense that the Judiciary Act of 1789 created them, but their purpose was to transform, or to superimpose, the people, the private people thought of before that time to be living, for real, in actual places in counties, and cities, all exclusively in States, into a form of dual residency -- into pseudo "U.S. districts," done so that all the laws that Congress might desire to make could be made applicable virtually wherever they wanted them to go to, with the ability to imprison – courtesy of the new connection of such new "districts" with the older, original ones created in 1789, and thereafter, by the use of the "district" courts thereof.

33. Certainly the judges of those already de facto district courts were not to be made aware of how they were to be used, or misused, for any and every political purpose that a wanton Congress, operated from within by an illegally operating, covert, faction, might conceive, but in looking at the horrors of the infamous "Ruby Ridge" incident where the woman armed with the deadly baby was gunned down, "federally," to "Waco," where a greater

number of children were burned alive, "federally," to an innocent nation's horror and disgust, to the "Oklahoma Bombing" of 1995, children again being made victims "federally" (The Clause 15 TEST will be taken up shortly to show that it was not the Nichols/McVay combination that was behind that act, but something much different for a different reason), to the latest "911" horror, now under severe scrutiny and attack, it has been the U.S. advantage to have the "district" court on the front lines to ward off the attacks of those who were federally injured, much the way a bunker on the side of a hill would be constructed for defense against an attack from the outside, —

34. And while those few examples of the numerous actual cases, nationwide, that the U.S. central government uses the de facto "district" courts to shield itself against as its first line of defense, it also uses the same de facto "district" courts to attack State citizens, whose acts at one time could only be construed to have taken place in "any State" only, and not elsewhere, in additional violation of The Ninth Amendment TEST where the rights of the First Generation, or those rights as "retained," as with any subsequent generation, cannot be changed at any time ("in the twinkling of an eye," such as from December 31, 1944 to January 1, 1945) without an Amendment, using in those, *alleged* as civil Collateral Attacks only, come now with the use of guns, all kinds, instead, plus handcuffs, leg irons, tanks, military helicopters,

military prisons and other prisons not unlike military prisons for use purposes, and with the effect of imprisoning (over 2,000,000) of those State citizens living and residing and committing ALL of their alleged acts in a[ny] State, which [collateral] attacks are made to come under the unlawful auspices and illegal aegis of a "district" court, somewhere, as the firing pin that givens the weapon its force and power to do deadly harm; Defend and Attack! This is not a question; this is a charge, officially made, and with good reason, supported by *fact*, however sad it may be to have to say it, that we as a people should have ever let it go this far without realizing it for ourselves. And whether or not this was accomplished specifically as a matter of "design" as Wild - not plaintiff - suggests, is a matter to be determined by being "tried" as to the facts surrounding the charge, which requires a trier of fact to do that, not within the discretion of this aforementioned court to do it in the trier of fact's stead.

35. It was Victor A. Wild's intent to try to make the whole thing look like nothing more than a "rant," however it should be noted that Wild has stepped on his own feet in doing so, for here we find his mention of the word "treason" charged in the case, while in his other pleadings he has passed the whole thing off as just being about a "conspiracy" between the defense attorney and the prosecutor, for which, being upset accordingly, plaintiff

merely charged all of the judges of the court with also, because plaintiff really didn't know any better and had nothing better to do with his time than to do that.

36. As to the issue of "potential bias against the Petitioner," mister Wild would do better to read and quote a little more carefully, for it was not because any of the judges referred to therein, themselves, that were being charged with any direct commission of Treason, or even of Misprision of Treason, for overall the case is against the United States central government as a whole, as well as parts thereof, and thus the bias indicated had nothing to do with anyone specifically being charged with "treason," but rather that, because of the lawsuit filed itself, the bias would go to a "Conflict of Interest" that would necessarily exist when judges are called upon to "try themselves, or each other at the same judicial level," in total harmony with the law that Chief Justice Wolf understood to be sufficient in his decision to recuse on May 3, 2007. But according to mister Wild at page 4, middle paragraph, bottom, plaintiff's bases for recusal were never really evaluated for legitimacy by Chief Justice Wolf; he just did it, with an obvious reckless disregard for the truth. Who said? Where is the proof, the evidence, the record of the proceeding, that is to be shown by mister Wild that a word of what he has said on that point is true? Except that mister Wild can show

proof that such was the actual act by Chief Justice Wolf, after two & one-half months, then the statement should be stricken from his pleading as legitimate stipulation to be considered, if it should be at all regardless.

37. Continuing at page 4, as to Victor A. Wild's citing of Tamburro v. City of East Providence, 981 F.2d 1245 (1st Cir. 1992), the issue of the issuance of the Order of Recusal by Chief Justice Wolf was neither "automatic" (the case for recusal was filed by plaintiff on February 16, 2007, while the Order of Recusal was not entered until May 3, 2007, a time span of some well more than 2 months apart), but making the lawsuit in question appear as though it is only against some judges of a district court, or even all judges of a district court, is baldly misleading, for as to "among others" that he refers to in paragraph 1 of page 2, those "others" include, in addition to the "all judges" referenced, The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; and the United States Government As Commenced Establishment, September 17, 1787. This inclusion of the other referenced defendants in a case of first impression, also using the pre-1866 process for so suing, not judges alone, hardly qualifies as being an "[illegitimate] basis for suing the judge," as though the judges being sued were somehow just being "picked on," as Wild would lead this aforementioned court to believe.

38. It is also be noted that as to "recusal is not mandatory" under Section 455 (b) 5 (i) when defendant threatens to add judge to complaint," that plaintiff did not threaten to add any judge to the complaint; the suit is clearly comprehensive of far more than just adding a judge or judges to the complaint, they are, though not alone, a part of the central thrust of it, as per the unlawful Judiciary Act of 1789 along with the fraudulent *and* treasonous Title 28, U.S.C., Sections 81 – 131, as this filed response will, over all, along with the other filings submitted by plaintiff, conclusively show.

39. As to any idea as borrowed from the acclaimed first circuit in "Ellis v. United States" where a judge did only a "partial recusal," that might work okay if we could justify just a "partial conflict of interest" where a judge could "judge himself/herself" *just a little bit* to say it is *maybe* okay, or to judge each other, same logic, however this form of reasoning makes the word convolution come to attention, and every disturbing reason that we find in the Canons for United States Judges to not pursue such an indiscretion is cried to the rooftops, else whatever judicial system might be left to us after this would be in the greater loss of integrity and potential future because of the risk of it.

40. On page 5, first paragraph, mister Wild has recognized the successful recusal of all judges of both the [alleged] District of Massachusetts and the [alleged] District of Rhode Island, but then Wild wildly claims that "Petitioner must be