expected to file Motions for Recusal as to every district in the United States . . . and . . . . it is apparent that his demands for recusal are endless" (i.e., "moot," or "frivolous," again).

41. As to the concept of a thing being "apparent," it is "apparent" that the acclaimed first circuit was plaintiff's chosen court for deciding the habeas petition, and that decision is now being pursued at the U.S. Supreme Court level at this time, for plaintiff has held, and holds, that it was an abuse of discretion of that higher or true court to dismiss the habeas petition therein, irrespective of the *notion* of the Congress that it could do so, on strict and evident Constitution[al] grounds, so that this matter would not be before this particular alleged court at this time at all.

42. In addition to this point, it is to be realized that as to anything being "endless" as Wild has proposed, that such case condition that currently exists with this aforementioned court came about only after the U.S. central government, by way of some official thereof, petitioned the acclaimed first circuit to have this aforementioned court appealed to for its lateral decision, whatever it may be, and so, in order for such a thing to occur again, or again, or again, etc., it will be the same U.S. government that will have to file its petition, and file its petition, and file its petition, etc., again and again and again, to bring that

legendary effect around. In short, if the U.S. central government does not keep that process going, plaintiff will have not cause to either, as well.

43. Furthermore, since when did we reach a state in this judicial system so that the decision of one court, if regarded as having the reason of the force of law behind it, or where jurisprudence sustains that judicial decision, that such decision would not have the instant effect we call a precedent, to be binding across the board on all other courts of the same operating level as the one rendering its own decision first, particularly when that decision can be taken up to a single higher court as an appeal, and confirmed thereby?

44. If that were not sufficient to put mister Wild's idea to rest, we should caution ourselves to realize that so far this has only been made to appear in the acclaimed first circuit, and in no other acclaimed circuit does this matter exist. According to Wild's rather wild reasoning, someone would have to jump the original case, not just to another alleged district within the same acclaimed circuit, but to a different acclaimed circuit and then to another alleged district therein, a notion to preposterous to be considered, for where would we find it in the rules (not even the U.S. Supreme Court rules cover such a possibility) to take a case, any case, and go "circuit jumping," as it were, for it isn't as though all of the district courts that Wild refers to are just off there somewhere in limbo, that either side could go filing with, willy

nilly, aimlessly filing here or there and not sure or caring where the case itself might one day end up.

45. Reasoning, defective and skewed, without a doubt. And as to his plaint as to the "potential for wasted judicial effort," and Wild's charge that plaintiff has "evinced an intent to continue adding judges of any district to which his case is reassigned," plaintiff counter-charges that it is his, Wild's, office that has brought about much waste of time, by trying to get the case moved to another district in the first instance, since he had to have known, if he studied the case within the aforementioned Massachusetts court, that the charge against that alleged court and its judges would comprise the same exact conditions of another acclaimed district court, such as the one in Rhode Island, which would necessitate that same condition to be brought forward if moved there by mister Wild and those he represents. His act in doing so, in violation of more than just "brevity," is called Corruption, and the French call it Malversation, or "Official Corruption." Such as this are what these kinds of pleadings provided by the U.S. government have been all along.

46. Continuing on at page 6, the "rule of necessity" is professed, and the argument is made that "because all judges have been named in the suit," one of them must be set free in order to allow the others to be judged by that same, however it is advised that the purpose of the "necessity" rule was in

nowise constructed to allow an utter circumvention of the law, where a criminal law in fact, as conflict of interest at this level generally is, would still exist, even for the one "set free," and where, in fact, a procedure has already been set in place to call for other judges (other judges, called a tribunal, can be called upon to judge this matter) to decide the matter, known as "interlocutory appeal," and had been called for, or was attempted to be called for, on February 16, 2007, but was illegal blocked by a clerk of the aforementioned district court, Mass., who refused to accept plaintiff's fee for interlocutory appeal, claiming that such could not be done until the plaintiff had served a summons and complaint upon at least one of the defendants – nothing in the rules to support such a claim – (neither rules 3 – 6 or 72 – 76 cover such a claim as that even to a remote degree), which would have properly place the questions of jurisdiction and standing before the acclaimed first circuit court of appeals otherwise, as it should have been, as plaintiff correctly designed his original pleading to do, so that the correct court could determine these matters, instead of the way it is being conducted now.

47. As stated and reinforced in the "Turner court," where another judge is available, the aforementioned court may not take matter into its own hands; such another judge, three of them, is to be available at such time as the Constitution[al] duty thereof is more thoroughly recognized, and where it,

other court's three judges, does not confuse the complaint pleadings filed with it as though they were only for the purpose of reversing the earlier decision to uphold a conviction decision, and nothing more than that, but takes judicial notice as it would have been directed to do if not for the unlawful clerical interference with an interlocutory appeal process, but which would be the proper remedy for this sordid mess that came about for such said unlawful interference at that time. . . . "necessity is created." Thus, the only necessity that has been created is that the civil case filed on February 16, 2007, under [MA.] case # 07 CV 10299, be moved up to the acclaimed first circuit as by interlocutory appeal, to begin its trial by that same process, by a duly assigned tribunal of that court – for its preliminary decision on that case, before any court may be considered to hear or adjudicate it, if any.

48. As to "Section 455" not allowing for a situation in which all the judges are named as defendants, where the "situation" recognizes material content in the case that must be tried to jury, and where the "situation" in question would involve an extraordinary conflict of interest that would be unavoidable under the law, Section 455 not only allows for it, it demands it.

49. Again addressing Victor A. Wild's false or misleading words, that the "Petitioner's matter has moved from one district to another," this claim is spurious in the face of the fact that it is the United States central government

that brought about that "move" from one district to another, not by any act brought about by plaintiff.

50. As to Victor A. Wild's continued recognition that the charges stated in plaintiff's complaint are "true," inclusive of serious criminal acts by and/or within the United States central government, one or more illegally operating *factions* thereof, or the claim that it is "beyond cavil" that plaintiff has dared to claim that the "district" courts are UnConstitution[al] (denying them of "Standing" – no right to speak, etc., - or of Subject Matter Jurisdiction), the right to make such a charge, and to sue for it, and to have it examined by a duly empowered and recognized as lawful court of competent jurisdiction, is the right of *any* citizen, not just plaintiff.

51. Wild asserting that plaintiff's case is "bald" (coming under The Sacred Cow Theory) refers to it being, in essence, a "bald faced lie," and since his alleged representation of the party of the United States central government has counter-charged with that kind of claim, it becomes the necessity, by a court of competent jurisdiction, that the whole matter of the "bald faced lie" be Tried by a court other than the one trying to exercise jurisdiction over it, or that is either the aforementioned Massachusetts court or the aforementioned Rhode Island court, but rather by the acclaimed first circuit court (NO, the constitutionally of that court's right of existence has not been challenged, just

its name and for what purpose it has been ascribed) located in a named building near Boston, Massachusetts.

52. As to the Wild's statement at page 7, "(2) all judges within the district are necessarily biased against his Petition," reiterating from before, the judges referred to are not charged as being "biased" *just for the sake of being biased* against plaintiff's Petition, but rather, because of the complaint action against them, and the nature of that complaint, there must arise, inherently (inseparable by the nature of the things connected) a Conflict of Interest, *from which* resulting question of bias, neither of such aforementioned courts, of necessity, can escape from.

53. On the other hand, since Wild has indicated or implied that Chief Justice Mark A. Wolf just issued the Order of Recusal after over two months of having the issues before him, and did so, not just for himself only but for all judges of the aforementioned Massachusetts court, being thus "frivolous" in his own mind or mentality in doing so, for which cause Wild and those Wild represents must feel the need to have his order overturned, then we must turn our attention to the rule of law that provides for a judge who is found to be mentally incompetent to the degree Chief Justice Wolf must have been to dare enter such a decision as that, to be reported to the Circuit Executive,

which in this case would be Gary H. Wente, to be placed on early retirement for cause, if that is what we are to be called upon to actually believe here.

54. In fact, if we were to determine that Chief Justice Wolf was joined by any other judge(s) for the aforementioned MA. district court in his decision of May 3, 2007, then the same claimed legal lunacy that must have taken over that honorable Chief Justice Wolf must have taken over those same other judges as well, and the Circuit Executive must surely take a good look at those other judges involved with the decision of Chief Justice Wolf also.

55. Or we could recognize that Chief Justice Wolf did NOT enter his decision "automatically" as Victor Wild has claimed, and start to work toward another remedy to bring plaintiff's case to its proper disposition rather than the miscourse that is being pursued by the government at this time.

56. And then there is the matter of The Clause 15 TEST that plaintiff indicated he would follow up with here, involving a conversion or **cover up**, within all State government's of the 50 several States, of their Constitutionally required State Militias, from which the United States Militia would be derived from, of all mention to the existence or operation of a State Militia, in that particular literary, official context, to be replaced by other descriptive terms

therefor, such as being called "The State National Guard," etc., which is not the purpose of a State Militia at all.

57. Which conversion and cover up, on a 50 States over some 30 to 40 years was carried out by someone larger in political power and influence than merely within a single State itself; but for what reason; what would be the motive behind it?

58. Looking at The Clause 15 TEST we find that there were two possible motives as to why the 1995 bombing in Oklahoma City took place; one was that McVay and Nichols did it all alone from being angry over the Waco incident, for vengeance, and used a truck/fertilizer bomb to do what only inside planted explosives could actually bring about (much the way as existed for the twin towers tragedy in New York City, 2001). Both McVay and Nichols were members of some private citizens militia, not the State Militia that was supposed to exist under Clause 16, of Section 8, Article I, or the "federal" Militia that was supposed to exist at Clause 15, of Section 8, Article I.

59. While it might be argued that McVay and Nichols had motive for the infamous bombing, aforementioned, a careful study of The Clause 15 TEST exposes a MUCH greater motive for the United States central government, one or more illegally operating factions thereof being behind that horrid

day's events. But which motive is the correct one that resulted in those lives, including children again, being lost? This question, **Who had the Greater Motive?** McVay, *or* the U.S. Govt.?, –goes to *FACT, not* law, and can only be tried by a jury, or a trier of fact, to be sufficiently, truthfully, determined.

60. Also, not getting into the particular errors of the Congress itself, here at this time, it should be noted that the proposed President has been named in the action, and at first we might surmise that it could only be for some same reason as the "all judges" got named, however such a presumption as that would be in gross error.

61. But mister Wild would paint the narrow picture that, due to plaintiff's awful complaint, he, Wild, must, like an actor who has taken to a stage, whine out the plaintful motif, "He's just *picking* on those poor old judges again." Other parts of plaintiff's complaint in case scoff this idea, countering as, "it just isn't so."

62. For This case is not about the judges of the alleged district courts only, nor is it about the judges of what should be recognized as a United States Tribunal Court, misnamed and misrepresented as a Circuit Court; it is a case about the United States central government itself, inclusive of the proposed President thereof, as well as the proposed Congress itself.

63. The Judiciary Act of 1789 and the Supreme Court. It goes without saying that mister Wild would like nothing better that to insist that the Judiciary Act of 1789 not be tampered with as to its alleged Constitution[ality], as we also find in that said Act that the Supreme Court itself was allegedly "created" thereby. The problem with such faulty reasoning as that, however, is that it is also understood, however, that What can be Created can be *Uncreated*.

64. The United States Supreme Court is not, as a matter of its *creation*, an "Article III" court; that is ***not*** the part of the proposed Constitution that provides for its *creation*; it is, by its *creation*, an Article II, Section 2, Clause 2 court instead, for at that point in the proposed Constitution are the necessary legal tools for its actual establishment, and not elsewhere.

65. The United States courts currently known as "circuit courts" are not, as a matter of ***their*** creation, "Article III" courts *ei*ther, for that is not the part of the proposed Constitution that provides for ***their*** creation; they are each and every one an Article I, Section 8, Clause 9 court instead, for it is at that point that ***their*** character as a court is defined for *creational* purposes, being the same courts to be "inferior to the supreme Court" as is referred to – *in pari materia* – at Article III, Section 1 "in one supreme Court, and in such inferior Courts [thereto]" ("such courts" must be "inferior" to some court, thus, the

court mentioned, the supreme Court, is that "one" logical conclusion that they all apply to), and not elsewhere.

66. **DEMAND TO TAKE JUDICIAL NOTICE**. There is NO other place within the proposed Constitution, nor is there any mention on any date of the Constitution's Planning Meetings commenced May 14, 1787 and ending, before the convention date, on September 16, 1787, where any mention of an actual "district" court is mentioned as being any court for any central government purposes (see The United States Tribunal TEST Exhibit); only the tribunal courts are mentioned, inclusive of the Supreme Court itself being recognized as the Supreme Tribunal thereby, and not otherwise.

67. The responsibility of this case is not to target any judge merely because the judges of the de facto U.S. district courts were made to be involved, *unwittingly*, in a Constitutional error, 1789, as well as a direct Fraud by Jurisdiction Fraud, and a commenced act of Treason, not rhetorically charged as such, January 1, 1945, but to bring the truth to certain light so that all may know of what went wrong virtually from the first day of this proposed nation's existence. The claim that this is now a case to pick on judges, to any extent, and that there are no other serious aspects to this case yet to be reckoned, is denied.

68. Thus, on a separate part of plaintiff's case, Partly connected to The Clause 15 TEST, AND The Clause 18 TEST, AND The Article III, Section 2, Clause 3 TEST, – we find that, as a part of the charge of Jurisdiction Fraud now waiting in the wings to be brought forward in its own procedural time, against the office of the president of the United States, a charge against the presidential claim, and the erroneous acknowledgment by the public at large that it must be true, that he, from the moment of his inauguration, becomes the "Commander in Chief," is to be exposed by the same charge for Jurisdiction Fraud (which likewise takes into account his, President's," acclaimed power to issue "Executive Orders"), for we find that U.S. presidents from Truman to the current Bush have exercised an utterly non-existent – under the applied conditions – power.

69. Failing The Clause 18 TEST, the Power to declare War specifically, not military actions, not police actions, etc., and not having the power to "call himself" (like not being able to try and judge oneself), the TEST for that office that we see at Article II, Section 2, Clause 1 reveals that the president of the United States only becomes the "commander in chief" of the army, navy, and the Militia "when called into *actual* Service," renders the historical act by Truman and the naval fleet as an illegal extortion of the Congress of that time, just as today, under these TESTS president George W. Bush is

NOT the Commander in Chief, as certain older generals have indicated in their own words, "the notion that the president is at all times commander in chief is a relatively new idea," gives credence to plaintiff's charge that the United States central government as a whole is being sued for Jurisdiction Fraud, and certain elements for potential for Treason, and that this is not about judges alone being unwittingly subjected to tyranny in this case.

70. Showing, once again, that this case reaches to far greater levels than just addressing the Jurisdiction Fraud of 1789 as well as the vile resulting act of 1944, encoded into alleged law on January 1, 1945, yet another day in infamy, of Seeded Treason commenced January 1, 1945, by which mister Wild's conduct in regards to it, we narrowly regard his words as being conducive to *those* vile acts, and not a true representation of this beloved, even if misguided, land, the proposed United States-nation —— of America.

71. As to the matter of the proposed United States, on page 5, mister Wild has given a hint of an indication about the idea that there is a concern about the legitimate establishment of the proposed United States as a nation, itself; that question was not before this aforementioned court; a certain pleading was filed with the acclaimed first circuit court in its case of 07-8010 as a sealed motion, which was later opened, but not filed with the aforementioned MA court in its civil case, 07 CV 10299, but since mister Wild decided to focus

on that concern, the virtual door thereto is now opened, and plaintiff advises this aforementioned court that the question of the legitimate status of the *proposed* Constitution itself was referred to as such in U.S. v. Lopez, (1995), as decided by Rehnquist, quoting James Madison, who referred to the Constitution as the "proposed Constitution," and then the matter that George Washington himself came to know of the unlawful effects from the Constitutional Convention officially held, September 17, 1787, **second** session thereof, resulting in his decision to take back the 3 ½ miles of his offered Virginia plantation, to be ceded to the 10 miles square (not 10 square miles) of Washington, D.C, leaving it, provable by maps, down to 6 ½ miles square (fact) instead, instead of that dimension prescribed at Clause 17, Section 8, Article I, taken back ("I want it back") at a time when such acts as that were not done "frivolously," done for cause of the Constitutional Frauds that were performed by use of him, George Washington, to perpetrate the sordid Organizational Frauds under which this proposed nation was actually, not by popular opinion otherwise, wrought.

72. Therefore, plaintiff, as a part of this response as ordered by this aforementioned court, will submit the particular Exhibit indicated but not yet filed, and begin to let that matter take its toll on the annals of history and law, for itself. Since the consensus seems to be that everything is so much

frivolousness as far as the proposed United States central government's official actors are concerned, it is meet that we begin to ask the question as to whether this nation is a nation of laws or a nation of men, to better understand how so many things went wrong long ago, and why. The plaintiff will submit his Exhibit to that end within the next five business days following this submitted response, as ordered by the aforementioned court.

73. **IT IS TO BE UNDERSTOOD THAT THESE FINDINGS,** no matter how greatly they may expose the reality of the question involving the creation of the de facto district courts of 1789, forward, does not challenge the good deeds, the good causes, etc., the meritorious good will and motives, that the judges of those same aforementioned courts have provided us down through the two centuries that this young proposed nation has been around.

74. **BUT IN ALL OF THIS FOREGOING RESPONSE TO THE U.S. PETITION FILED**, allegedly on behalf of the true U.S. central government, there is yet one question that remains to be asked; exactly what does the U.S. central government's legal representative hope to gain from all of this?

75. **What If?** — The powers of the aforementioned court were not to include the ability of ANY judge to try the self, nor to try each other. In such a case, the only apparent remaining power that would be left visible to any legal

beholder thereof would be the one power — to "dismiss the case." Would that be right? We Petition: Qui Tacet, Consentire Videtur, Ubi Tractatur De Ejus Commodo (**He who is silent is considered as assenting** [to the matter in question] **when his[/her] interest is as stake).**

76. IF such were, or is, the ***intended*** purpose of the government's petition presently before this aforementioned court, the true, singular objective to "dismiss the case" as being the *only* actual basis for the government's motion, and IF this aforementioned court were to engage that idea as its own objective, such would be a cognizable – directly appealable or else actionable by complaint - if using the Pre-1866 Process – act of Judicial Fraud.

77. For it was also, likewise, UnConstitution[al] for the Congress to pass any provision at Title 28, U.S.C., § 2241, to provide that either any acclaimed circuit court or even the Supreme Court itself to simply transfer a case away from it, automatically, on its, the Congress,' "say so," as to be further regarded by the acclaimed first circuit court's assigned tribunal as being Constitution[al] without even scrutinizing the entire evidences provided in the case before it to show that it was and is the court of original and plenary jurisdiction in habeas cases, and *not* consider the Congress' provision at 2241 as more a *notion* of the Congress and not Constitutionally unenforceable alleged law, *as though the Congress had never been wrong before* about the

many laws that it passes, it being routinely guided only by some ineffectively trained lawyer, at best, either elected or hired, to advise on the "Constitutionality" of such laws, but having no real clue about how the proposed Constitution does and does not work to any in-depth and truthful extent or degree, after all.

78. For the only instance that a United States court of *any* competent jurisdiction at all may simply dismiss, without hesitation, a case for habeas corpus before it, is found, predetermined for all who can actually read the words, at Clause 2 of Section 9, Article I, limited to times of "Cases of Rebellion or Invasion [when] the public Safety may require it," which condition in no wise existed in plaintiff's habeas case before that court; —the Congress, no matter the session, has *not one shred of authority* to override that literal constraint at that part of the proposed Constitution, in violation of any petitioner's rights to be protected otherwise, no matter how Constitutionally revealing the case before that court in session may be.

79. As such, it was not only Constitutional error for the acclaimed first circuit's assigned tribunal to either dismiss and transfer its case under § 2241 anywhere else without a thorough reading of the material evidence before it, proving that it, tribunal court, was and is the "right court" for the purposes as stated in the habeas action and the supporting evidence therewith, nor did it

have the right to effectuate a transfer of the aforementioned Massachusetts court to this aforementioned Rhode Island court as though it was appealing, ipso facto, to this aforementioned court instead of bringing the case to itself, and plaintiff hereby excepts the government's case that it has lawfully, or Constitution[ally], done so.

80. The person of Victor A. Wild has appeared before this aforementioned court using pleadings that have cast him into the role of a Treasonist, whose offerings to this aforementioned court appear to be what the court would want to hear, on the surface, but the truths that lie below the surface of it all are reminiscent of that famous tale of Oz and its wizard, and Toto.

81. What mister Wild would ask this aforementioned court to do is comparable to the particular scene in the legendary story of The Wizard of Oz, where the Great & Powerful Oz has just spoken *great* *__sounding__* *things*, when suddenly the little dog, Toto, goes over to the side and draws back a curtain there, revealing the truth behind the curtain otherwise hiding the true identity of the "Oz," at which point the "Oz" man speaks through his device *as though still* the "Great & Powerful Oz" and says to those listening on, "**__Pay no attention to that man behind the curtain__**."

82. **That is what, in essence, mister Wild would ask this aforementioned court to do, and that is exactly what is not to be done in this case.**

83. For mister Wild would also do that for his own protection, for if asked the question, *Where* did the crime of Treason *as given an appearance of having been committed* by Victor A. Wild take place? we would have to answer thusly:

84. If the Judiciary Act of 1789 was UnConstitution[al] at its inception, which it was and still is, and was thus unlawful ab initio and enacted for an unlawful purpose, then the creation of alleged U.S. districts back at that time were de facto, at best, making these same aforementioned district courts de facto along with them to that precise extent, and we must set them, de facto districts, aside and look at what has taken place here within the walls of this aforementioned court as having taken place as though no such unlawfully, superficially imposed structures exist for us to consider, zeroing the matter down to the fact that the offense of Treason in question took place in Providence County, of the State of Rhode Island, and is thereby subject to the authority (see The Article III, Section 2, Clause 3 TEST Exhibit for this answer) of the sheriff of Providence County, and must be reported to the same, for the arrest and State prosecution (the State wherein the crime of Treason was to have had direct Power over the prosecution of the crime, not

the "federal") of the person of Victor A. Wild, sole citizen at large, having appeared de bene esse before this court alleged, and claimed by his pleadings, that all that plaintiff has charged in his case is "true," for mister Wild has not argued one-dime's-worth to show any evidence that it is otherwise than as charged, as a person who has committed the crime of Misprision of Treason, in violation of Title 18, U.S. Code, Section 4, which crime goes, by its nature, to the Crime of Treason, punishable directly in any State wherein it occurs at Article III, Section 3, Clauses 1 and 2.

85. This aforementioned court is put on notice that Plaintiff has no intention to move the case to any other district; <u>that's mister Wild's job</u>; no points are scored on that pointless point. It may be that mister Wild's argument for implied frivolousness or "beyond cavil," were simply executions of the rule of practice, "If you don't use it, you lose it." If mister Wild should believe that he misspoke himself in his pleading, or that he has plead his case with eyes wide shut, then he needs to start putting on an actual defense against the *facts* charged in the case, to explain why what was done, was done, or why plaintiff has incorrectly assessed the Law of the Constitution, if any, in his case against the United States central government. Otherwise, the charge against him, Wild, is Misprision of Treason, going irrevocably to Treason, and that charge stands until or unless it is shown that he intends to

demonstrate why the things the defendants are charged with are not true, if he can do so to any competent degree at all.

86. **Partial Remedy for Judicial Relief Proposed**. It should be duly noted that Irrespective of the errors of the proposed Congress of 1789 in its creation — against The Clause 18 TEST and The United States Tribunals TEST, and as to any legitimate use within any State, The Clause 15 TEST as well — of the alleged districts and district courts of the United States central government, the provisions set forth in the proposed Constitution's Article III, Section 1 creates no monetary danger for the judges of any of the aforementioned district courts; without choice of the United States central government, all of such judges must be maintained in their respective salaries and benefits to the end of their days, even if there should no longer be anything for them to do as a result of such errors.

87. Considering that the plaintiff has been suppressed now in so many of this rights, forcing him to bring all of this forward, it might be considered a wise, even smart idea for such powers that be to look to the principle of "extraordinary Occasions" as referred to at Article II, Section 3, held in particular by the President, and determine to work with plaintiff, using that principle, in resolving this case promptly, for there *are* remedies to more of these grievous matters that one might realize at first reading.

88. Plaintiff's liberty should never have been taken as it was, and the taking of his liberties should now be reversed. The civil case filed by plaintiff will not go away; it must be tried by a court of competent, uncontested jurisdiction. The acclaimed first circuit's power of tribunal is the first place that we must start with, even if over again.

89. The Interlocutory Appeal should be pursued in order to give these matters a proper trial before a court of uncontested U.S. jurisdiction; the habeas action should be referred back up to the acclaimed first circuit for its reconsidered review and decision to set plaintiff free to work more closely with that court in this case. The issued Order of Recusal must stand; else plaintiff's recourse will have nothing to do with filing another case before another district court of another acclaimed circuit as Victor A. Wild has suggested or accused plaintiff of, but to move his suit, Pre-1866 authority and powers, directly on to the United States Supreme Court instead, thereby.

SUBMITTED RESPECTFULLY, ANY APPEARANCE TO THE CONTRARY, APOLOGETICALLY, NOTWITHSTANDING

07 / 30 / 2007

—Steven D. Mueffelman – Plaintiff

All Rights Reserved As Going To Any Accused

# CERTIFICATE OF SERVICE

**NOTICE: This Certifies that this pleading will be filed by being mailed by or before the below date prescribed, to the named acclaimed court set forth below, as well as being sent by way of fax simulation copy to the publicly published fax number at (401)752-7247 on or before that said below date so prescribed, and is so binding upon the *aforementioned* Rhode Island court for all exigent due process requirements and Constitutional rights at Law.**

I, —Steven D. Mueffelman, in reliance upon extraordinary measures by which to challenge extraordinary wrongs committed against him, et al, hereby declare and state that —I have filed a true and correct copy of the above document with the Clerk of the Court for the proposed United States [Alleged] District Court For The [Alleged] District Of Rhode Island, said [Alleged] Court Appearing And Existing [Supposedly] As A Possession Of Its Own Authority And NOT Lawfully Existing In The Legal or Organic County of Providence, Legal or Organic [Proposed] State of Rhode Island, itself, and have mailed a copy hereof, postage prepaid thereon, to the U.S. Attorney's Office at the following address set forth below.

Victor A. Wild,
Assistant U.S. Attorney,
John Joseph Moakley Courthouse
One Courthouse Way suite 900
Near Boston, Massachusetts near Post Office number 02210

Dated this 30th day of July, 2007 A.D.

—Steven D. Mueffelman
Reachable At

Steven Mueffelman
Inmate # 39964-018
FPC Pensacola Federal Prison Camp
110 Raby Ave.
Pensacola, Florida 32509